```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :
        - v. -                       :   NOTICE OF APPEARANCE AND
                                     :   REQUEST FOR ELECTRONIC
MAHMOUD THIAM                            NOTIFICATION
                                     :
            Defendant.               :   17 Cr. 047 (DLC)
                                     :
- - - - - - - - - - - - - - - - - - x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                          ANDREW WEISSMANN, Chief
                                          Criminal Division, Fraud Section
                                          U.S. Department of Justice

                              by:   /s/ Lorinda Laryea
                                          Lorinda Laryea
                                          Trial Attorney
                                          (202) 353-3439

cc: Paul Eliot Summit, Esq. (by ECF)
    Andrew Todd Solomon, Esq. (by ECF)
    Caitlin C. Fahey, Esq. (by ECF)