DOCKET No. 17cr47  
DEFENDANT: MAHMOUD THIAM  
AUSA: ELISHA KOBRE  
DEF.'S COUNSEL: AARON GOLDSMITH  
☐ RETAINED ☐ FEDERAL DEFENDERS ☒ CJA ☐ PRESENTMENT ONLY  
☐ _____ INTERPRETER NEEDED  
☐ DEFENDANT WAIVES PRETRIAL REPORT  

☐ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.  
☒ Other: SUBST OF COUNSEL  

DATE OF ARREST _____  ☐ VOL. SURR.  
TIME OF ARREST _____  ☐ ON WRIT  
TIME OF PRESENTMENT _____  

## BAIL DISPOSITION

☐ SEE SEP. ORDER  
☐ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT  
☐ DETENTION HEARING SCHEDULED FOR: _____  
☐ AGREED CONDITIONS OF RELEASE  
☐ DEF. RELEASED ON OWN RECOGNIZANCE  
☐ $_____ PRB ☐ _____ FRP  
☐ SECURED BY $_____ CASH/PROPERTY: _____  
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____  
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES  
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)  

☐ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☐ AS DIRECTED BY PRETRIAL SERVICES  
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS  
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT  

☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING ☐ GPS  
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES  

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM  
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON  

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET  
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____  
_____; REMAINING CONDITIONS TO BE MET BY: _____  

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**  
Counsel appointed  
Substitution approved.  

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY  ☐ CONFERENCE BEFORE D.J. ON _____  
☐ DEF. WAIVES INDICTMENT  
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____  

For Rule 5(c)(3) Cases:  
☐ IDENTITY HEARING WAIVED  ☐ DEFENDANT TO BE REMOVED  
☐ PRELIMINARY HEARING IN SDNY WAIVED  ☐ CONTROL DATE FOR REMOVAL: _____  

PRELIMINARY HEARING DATE: _____  ☐ ON DEFENDANT'S CONSENT  
DATE: 2/13/17  

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.  

WHITE (original) – COURT FILE  PINK – U.S. ATTORNEY'S OFFICE  YELLOW – U.S. MARSHAL  GREEN – PRETRIAL SERVICES AGENCY  
Rev'd 2016 IH - 2