# EXHIBIT A1

## 1) CORRUPTION PASSIVE (Accepting or soliciting bribes)

**Article 192**: Shall be punished by imprisonment of 1 to 5 years and a fine double the value of the promises accepted or the things received or solicited, with said fine no less than 100,000 Guinean francs (GNF), whoever has solicited or accepted offers or promises, solicited or received donations or gifts in order to:

1 °) – being an elected public official, a public official of the administrative or judicial order, member of the military or related staff, agent or official of a public administration or citizen in charge of a public service ministry, to perform or refrain from performing an act within the scope of his/her functions or job, fair or not, but not subject to salary;

2 °) – being an arbitrator or expert appointed by the court or by the parties, to render a decision or give an opinion favorable or unfavorable to a party;

(3 °) – being a doctor, surgeon, dentist, midwife, falsely certifying or concealing the existence of an illness or infirmity or a pregnancy or providing false information as to the origin of an illness or infirmity or cause of death.

---

### TRANSLATOR'S CERTIFICATION

State of New York
County of New York

I the undersigned Didier Rousseau, partner of Ammon-Rousseau Translations located at 315 Madison Ave. Suite 3009, New York, NY 10017, certify that I have full command of the English and French languages and over 15 years of experience in translation. I have translated the above article 192 of the Guinean Penal Code from French to English. To the best of my ability and belief, it is a complete and accurate translation of the original document presented.

Sworn before me this _07_ day of _April_ 2017

Notary Public

LENORA ROUSSEAU
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RO6201871
Qualified in New York County
My Commission Expires 03-02-2021

Translator

# EXHIBIT A2

## 1) CORRUPTION ACTIVE (Bribery)

**Article 194:** Whosoever, to obtain, either performance of an act or the refraining from performance of an act or one of the favors or advantages set forth in articles 192 and 193, having employed assaults or threats, promises, offers, donations or gifts or given in to entreaties aimed at bribery, even if he/she has not taken the initiative, whether or not the force or bribery has had an effect, shall be punished by the same penalties as those set forth in said articles against the bribed person.

---

### TRANSLATOR'S CERTIFICATION

State of New York
County of New York

I the undersigned Didier Rousseau, partner of Ammon-Rousseau Translations located at 315 Madison Ave. Suite 3009, New York, NY 10017, certify that I have full command of the English and French languages and over 15 years of experience in translation. I have translated the above article 194 of the Guinean Penal Code from French to English. To the best of my ability and belief, it is a complete and accurate translation of the original document presented.

Sworn before me this ___07___ day of *April* 2017

Notary Public
LENORA ROUSSEAU
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RO6201871
Qualified In New York County
My Commission Expires 03-02-2021

Translator

A&R
315 Madison Ave
Suite 3009
New York, NY 10017
CERTIFIED TRANSLATIONS
TRADUCTIONS CERTIFIES

# EXHIBIT B1

COUR DE DISTRICT DES ÉTATS-UNIS
DISTRICT SUD DE NEW YORK
- - - - - - - - - - - - - - - - - -x
                                   :
États-Unis d'Amérique              :        17 Cr. 047 (DLC)
                                   :
        - contre -                 :
                                   :        Déclaration sur
                                   :        l'honneur de
Mahmoud Thiam,                     :        Zogbelemou Togba
                                   :
              Défendeur.           :
- - - - - - - - - - - - - - - - - -x

        Je soussigné, Monsieur Zogbelemou Togba, étant dûment

assermenté, déclare que :

        1.   J'ai obtenu mon diplôme de premier cycle en droit en

1973 à l'Université d'Abidjan, en Côte d'Ivoire,  et en 1976 mon

diplôme d'études supérieures en droit public.  En 1978, j'ai obtenu

mon diplôme d'études supérieures en finances publiques et

fiscalité de d'Université de Paris II, Panthéon-Assas.  En 1984,

j'ai obtenu mon doctorat en droit de l'Université de Paris IX,

Dauphine.

        2.   Entre les années 1985 et 1996, j'ai occupé les fonctions

de professeur adjoint et de professeur agrégé à la Faculté de droit

d'Abidjan  et  de  Bouaké,  ainsi  qu'à  l'Ecole  Nationale

d'Administration d'Abidjan, en Côte d'Ivoire.

        3.   J'ai exercé en tant qu'avocat au barreau d'Abidjan en

Côte d'Ivoire de 1988 à 1996.  J'aiexercé la profession d'avocat

au Barreau de Conakry en République de Guinée (« Guinée ») de 2001 à nos aujourd'hui.

4.    J'ai occupé la fonction de ministre de la Justice de la Guinée – l'équivalent d'Attorney General aux États-Unis - de 1996 jusqu'en 2000.    À ce titre, j'ai supervisé, entre autres, l'application du Code pénal guinéen dans toute la Guinée.    J'ai également pris part à la rédaction puis à l'adoption du code pénal guinéen de 1998 et du code de procédure pénale guinéen de 1998.

5.    Entre 2003 et 2014, j'ai été membre du Conseil économique et social de la République de Guinée.    Entre 2010 et 2013, j'ai été membre du Conseil national de transition (Parlement provisoire) de la République de Guinée.

6.    Je suis actuellement professeur à l'université de Conakry, Sonfonia.    Je donne des cours de droit constitutionnel, de loi relative aux droits de l'Homme et de loi régionale. J'assume aussi les fonctions d'arbitre à la Chambre d'Arbitrage de Guinée.

7.    De part ma formation en droit et mon expérience professionnelle, je connais les lois sur la corruption de la Guinée, indiquées dans les articles 191 à 194 du Code Pénale de Guinée.

8.    L'article 192 du code pénal de Guinée, intitulé « Corruption passive », en vigueur de 1998 à 2016, est joint dans l'annexe A. L'article 192, sous-section 1, interdit à tout



fonctionnaire de demander ou de recevoir quoique ce soit de valeur en échange d'action menée ou d'absence d'action dans le champ de son poste ou de son travail.

9.   Une violation de l'article 192, sous-section 1, peut être établie en apportant la preuve des quatre éléments suivants :

a.   Premièrement, au moment de l'infraction présumée, le défendant était : (i) un fonctionnaire public élu ; (ii) un fonctionnaire administratif ou judiciaire ; (iii) un militaire ou un militaire assimilé ; (iv) un agent ou un cadre d'une administration publique ; ou (v) un citoyen chargé d'un ministère de la fonction publique ;

i.   Je note que le ministre des Mines de Guinée est à la fois un « agent d'une administration publique » et un « citoyen chargé d'un ministère de la fonction publique », au sens du premier élément.

b.   Deuxièmement, le défendant a consciemment sollicité ou reçu une chose de valeur, en dehors ou au-delà du salaire du gouvernement du défendant ;

c.   Troisièmement, la solicitation ou la réception par le défendeur d'une chose de valeur a été effectuée en échange de l'accomplissement ou du non accomplissement d'un acte ;

i.   En ce qui concerne le troisième élément, que l'acte en question soit ou non équitable ou juste, n'est pas pertinent.   En d'autres termes, le fait que l'accusé se soit

3



légalement et correctement impliqué (ou se soit abstenu de s'impliquer) dans le même acte est sans importance.

       d.   Quatrièmement, l'acte accompli ou non accompli par le défendeur rentrait dans le champs de ses fonctions ou de son travail.

  10. L'article 194 du code pénal de Guinée, intitulé « Corruption active », en vigueur de 1998 à 2016, est joint dans l'annexe B. L'article 194 interdit entre autre à toute personne d'offrir ou de donner quoique ce soit de valeur à un fonctionnaire en échange d'action menée ou d'absence d'action relevant du champ d'application de son poste ou de son travail.

  11. Une violation de l'article 194, sous-section 1, peut être établie en apportant la preuve des trois éléments suivants :

       a.   Tout d'abord, le défendeur – soit directement, soit par l'intermédiaire d'un tiers - a sciemment offert ou donné une chose de valeur à un fonctionnaire, même en réponse à la sollicitation dudit fonctionnaire, en dehors ou au-delà du salaire du fonctionnaire du gouvernement ;

       i.   Un "fonctionnaire public" inclut : (i) un fonctionnaire public élu ; (ii) un fonctionnaire administratif ou judiciaire ; (iii) un militaire ou un militaire assimilé ; (iv) un agent ou un cadre d'une administration publique ; ou (v) un citoyen chargé d'un ministère de la fonction publique.

4

b.   Deuxièmement, la chose de valeur a été offerte ou donnée au fonctionnaire pour influencer ce dernier à mener une action ou à ne pas mener d'action ;

i.   En ce qui concerne le deuxième élément, il est indifférent que le fonctionnaire ait exécuté ou s'est abstenu d'exécuter l'acte en question.   Il n'est également pas pertinent de savoir si l'acte en cause était ou non équitable ou juste.   En d'autres termes, le fait que le fonctionnaire se soit légalement et correctement impliqué (ou se soit abstenu de s'impliquer) dans le même acte est sans importance.

c.   Troisièmement, l'acte en question rentrait dans le cadre des fonctions ou de la position du fonctionnaire.

Je déclare, sous peine de parjure, conformément à la section 1746 de l'article 28 du U.S Code, que ce qui précède est vrai et exacte.

07/04/2017
DATE

ZOGBELEMOU TOGBA
PROFESSEUR
Université de Conakry, Sonfonia

# ANNEXE  A

## 1) CORRUPTION PASSIVE

**Article 192 :** Sera puni d'un emprisonnement de 1 à 5 ans et d'une amende double de la valeur des promesses agréées ou des choses reçues ou demandées sans que ladite amende puisse être inférieure à 100.000 francs guinéens, quiconque aura sollicité ou agréé des offres ou promesses, sollicité ou reçu des dons ou présents pour :

1°) - étant investi d'un mandat électif, fonctionnaire public de l'ordre administratif ou judiciaire, militaire ou assimilé, agent ou préposé d'une administration publique ou citoyen chargé d'un ministère de service public, faire ou s'abstenir de faire un acte de ses fonctions ou de son emploi, juste ou non, mais non sujet à salaire ;

2°) - étant arbitre ou expert nommé soit par le tribunal, soit par les parties, rendre une décision ou donné une opinion favorable ou défavorable à une partie ;

3°) - étant médecin, chirurgien, dentiste, sage-femme, certifier faussement ou dissimuler  l'existence de maladies ou d'infirmité ou un état de grossesse ou fournir des indications mensongères sur l'origine d'une maladie ou infirmité ou la cause d'un  décès.

# ANNEXE  B

## 2) CORRUPTION ACTIVE

**Article 194 :** Quiconque, pour obtenir, soit l'accomplissement ou l'abstention d'un acte soit une des faveurs ou un des avantages prévus aux articles 192 et 193 aura usé de voies de fait ou menaces, de promesses, offres, dons ou présents ou cédé à des sollicitations tendant à la corruption, même s'il n'en a pas pris l'initiative sera, que la contrainte ou la corruption ait ou non produit son effet, puni des mêmes peines que celles prévues auxdits articles contre la personne corrompue.

# EXHIBIT B2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :        17 Cr. 047 (DLC)
                                    :
        - v. -
                                    :        AFFIDAVIT OF
MAHMOUD THIAM,                               ZOGBELEMOU TOGBA
                                    :
            Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x

        I, ZOGBELEMOU TOGBA, being duly sworn, declare as

follows:

        1.    I graduated from the University of Abidjan, Ivory Coast,

in 1973 with an undergraduate degree in law, and in 1976 with a

post-graduate degree in public law.  In 1978, I graduated from the

University of Paris II, Panthéon-Assas, with a post-graduate

degree in public finance and taxation.  In 1984, I graduated from

the University of Paris IX, Dauphine, with a juris doctor degree.

        2.    Between 1985 and 1996, I served in the positions of

Assistant Professor and Associate Professor at the Faculty of Law

in Abidjan and Bouaké and at the National School of Administration

in Abidjan, Ivory Coast.

        3.    I served as an attorney at the Bar of Abidjan in the

Ivory Coast from 1988 to 1996.  I have served as an attorney at

the Bar of Conakry in the Republic of Guinea ("Guinea") from 2001

to the present.

4.   I served as the Minister of Justice of Guinea – the equivalent of the Attorney General at the Department of Justice in the United States – from 1996 to 2000.  In that capacity, I oversaw, among other things, the enforcement of the Guinean Penal Code throughout the country of Guinea.  I was also involved in the drafting and subsequent adoption of the Guinean Penal Code of 1998 and the Guinean Code of Criminal Procedure of 1998.

5.   Between 2003 and 2014, I served as a member of the Economic and Social Council of the Republic of Guinea.  Between 2010 and 2013, I served as a member of the National Transitional Council (Provisional Parliament) of the Republic of Guinea.

6.   I am currently a professor at the University of Conakry, Sonfonia.  I teach courses in the areas of constitutional law, human rights law, and regional law.  I also serve as an arbitrator at the Arbitration Chamber of Guinea.

7.   Based on my legal training and professional experience, I am familiar with the bribery statues of Guinea, set forth in Articles 191 to 194 of the Guinean Penal Code.

8.   Guinean Penal Code, Article 192, entitled "Passive Corruption," which was in effect from 1998 through 2016, is attached hereto as Exhibit A.  Article 192, subsection 1, makes it illegal for a public official to solicit or receive something of value in return for performing actions or refraining from performing actions within the scope of his or her position or job.

2

9.   A violation of Article 192, subsection 1, may be established upon proof of the following four elements:

a.   First, at the time of the alleged offense, the defendant was: (i) an elected public official; (ii) an administrative or judicial civil servant; (iii) a member of the military or related staff; (iv) an agent or official of a public administration; or (v) a citizen in charge of a public service ministry;

i.   I note that the Minister of Mines of Guinea is both an "agent of a public administration" and a "citizen in charge of a public service ministry," within the meaning of the first element.

b.   Second, the defendant knowingly solicited or received something of value, outside of or beyond the defendant's government salary;

c.   Third, the defendant's solicitation or receipt of the thing of value was in return for engaging in an act or refraining from engaging in an act;

i.   With respect to the third element, it is irrelevant whether the act in question was fair or just, or not. In other words, it is immaterial whether the defendant might have lawfully and properly engaged in (or refrained from engaging in) the same act.

d.    Fourth, the act that the defendant took or refrained from taking fell within the scope of the defendant's job function or position.

10.  Guinean Penal Code, Article 194, entitled "Active Corruption," which was in effect from 1998 through 2016, is attached hereto as Exhibit B.  Among other things, Article 194 makes it illegal for any person to offer or give something of value to a public official to influence the public official to perform actions or refrain from performing actions within the scope of the public official's position or job.

11.  A violation of Article 194 may be established upon proof of the following three elements:

a.    First, the defendant, whether directly or through a third party, knowingly offered or gave something of value to a public official – even if in response to the solicitation of the public official – outside of or beyond the public official's government salary;

i.    A "public official" includes: (i) an elected public official; (ii) an administrative or judicial civil servant; (iii) a member of the military or related staff; (iv) an agent or official of a public administration; or (v) a citizen in charge of a public service ministry.

b.   Second, the thing of value was offered or given to the public official to influence the public official to engage in an act or to refrain from engaging in an act;

i.   With respect to the second element, it is immaterial whether or not the public official actually performed the act or refrained from performing the act in question.  It is also irrelevant whether the act in question was fair or just, or not.  In other words, it is immaterial whether the public official might have lawfully and properly engaged in (or refrained from engaging in) the same act.

c.   Third, the act in question was within the scope of the public official's job function or position.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.


_____                    _____
DATE                                       ZOGBELEMOU TOGBA
                                           PROFESSOR
                                           UNIVERSITY OF CONAKRY, SONFONIA

# EXHIBIT C

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

(1)    I, TANG Wan-pong, holder of Hong Kong Identity Card number K548998(9) make this statement knowing that if I willfully state anything that I know to be false or do not believe to be true, I may be liable to prosecution for a criminal offence.

(2)    I am employed by The Hongkong and Shanghai Banking Corporation Limited (hereinafter referred to as "the Bank") and my official position is Officer of Banking Operations Department. Each of the records attached hereto and particularized below is the original or a duplicate of the original record in the custody of the Bank:

| Exhibit No. | Description | No. of Page(s) |
|---|---|---|
| HSBC-1 | "Integrated Account Opening Form – HSBC Premier" in relation to account numbered 627-830581-888 in the name of MS LO FONG HUNG AND MR PA SAM NANG and documents relating to the opening of the said account. | 21 |
| HSBC-2 | Account statements for the period from 10 September 2009 to 7 January 2016 in relation to account numbered 627-830581-888 in the name of MS LO FONG HUNG AND MR PA SAM NANG. | 148 |
| HSBC-3 | Records of transfer / deposit / withdrawal transactions amounted / equivalent to HK$100,000 or more for the period from 10 September 2009 to 7 January 2016 in relation to account numbered 627-830581-888 in the name of MS LO FONG HUNG AND MR PA SAM NANG. | 239 |

| Exhibit No. | Description | No. of Page(s) |
|---|---|---|
| HSBC-4 | "Service Registration Form For HSBC Premier With Integrated Account" in relation to account numbered 047-565429-888 in the name of MR PA SAM NANG and documents relating to the opening of the said account. | 8 |
| HSBC-5 | Account statements for the period from 10 August 2009 to 9 January 2016 in relation to account numbered 047-565429-888 in the name of MR PA SAM NANG. | 147 |
| HSBC-6 | Records of transfer / deposit / withdrawal transactions amounted / equivalent to HK$100,000 or more for the period from 10 August 2009 to 9 January 2016 in relation to account numbered 047-565429-888 in the name of MR PA SAM NANG, with the exception of a withdrawal transaction in the amount of USD19,400.65 dated 28 December 2012. | 456 |
| HSBC-7 | "Asset Vantage Account Application Form" in relation to account numbered 485-278956-888 in the name of MR WANG XIANGFEI and documents relating to the opening of the said account. | 11 |
| HSBC-8 | Account statements for the period from 18 August 2009 to 18 December 2015 in relation to account numbered 485-278956-888 in the name of MR WANG XIANGFEI. | 242 |

| Exhibit No. | Description | No. of Page(s) |
|---|---|---|
| HSBC-9 | Records of transfer / deposit / withdrawal transactions amounted / equivalent to HK$100,000 or more for the period from 18 August 2009 to 18 December 2015 in relation to account numbered 485-278956-888 in the name of MR WANG XIANGFEI, with the exception of the following transactions in the HKD Savings Account and HKD Current Account: | 933 |

HKD Savings Account

| Date | Transaction Details | Deposit (HKD) | Withdrawal (HKD) |
|---|---|---|---|
| 30-Jun-2011 | WANG XIAO YAO N62900185729(30JUN11) | - | (100,000) |
| 24-Oct-2011 | LO KA WAI NA2400077064(24OCT11) | - | (200,000) |
| 29-Oct-2012 | WANG XIANG FEI NA2963869966(29OCT12) | - | (100,000) |
| 13-May-2013 | SUBSCRIP COST SEC 485278956380 CHINA GALAXY | - | (2,051,472.48) |
| 21-May-2013 | SUBSCRIP REFUND SEC 485278956380 CHINA GALAXY | 1,829,305.38 | |

HKD Current Account

| Date | Transaction Details | Deposit (HKD) | Withdrawal (HKD) |
|---|---|---|---|
| 13-Jun-2013 | SUBSCRIP COST SEC 485278956380HK GOV 3YR I | - | (1,000,000) |
| 24-Jun-2013 | SUBSCRIP REFUND SEC 485278956380HK GOV 3YR I | 980,000 | - |

(3)     I further state that:

    (A)  such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

    (B)  such records were kept in the course of a regularly conducted business activity;

    (C)  the business activity made such records as a regular practice; and

    (D)  if any such record is not the original, it is a duplicate of the original.


Affirmed at Justice Place,        )
Hong Kong Special Administrative Region        )
this    _16_   day of  _Aug_  2016        )

                                 TANG Wan-pong


                   Before me:


                                 WONG Yim-ching

                                 Commissioner for Oaths

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

(1)　　I, CHUI Chi-chun, holder of Hong Kong Identity Card number Z654861(0), make this statement knowing that if I willfully state anything that I know to be false or do not believe to be true, I may be liable to prosecution for a criminal offence.

(2)　　I am employed by The Hongkong and Shanghai Banking Corporation Limited (hereinafter referred to as "the Bank") and my official position is Operations Officer of Cards Department. Each of the records attached hereto and particularized below is the original or a duplicate of the original record in the custody of the Bank:

| Exhibit No. | Description | No. of Page(s) |
|---|---|---|
| HSBC-1 | Account statements for the transaction periods from 11 June 2010 to 17 December 2013, 22 January 2014 to 17 February 2014 and 30 September 2014 to 17 October 2014 in relation to credit card account numbered 5185-4200-0688-9766 in the name of MR THIAM MAHMOUD. | 83 |

(3)　　I further state that:

　　(A)　such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

　　(B)　such records were kept in the course of a regularly conducted business activity;

(C)  the business activity made such records as a regular practice; and

(D)  if any such record is not the original, it is a duplicate of the original.

Affirmed at Justice Place,        )
Hong Kong Special Administrative Region        )
this  21st  day of February 2017        )

_____
CHUI Chi-chun

Before me:

_____
CHAN Fung-shan
Commissioner for Oaths

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, LI Lun Fung HKID C491183(9), make this statement knowing that if I willfully state anything that I know to be false or do not believe to be true, I may be liable to prosecution for a criminal offence. I am employed by /associated with The Hongkong and Shanghai Banking Corporation Limited and my official title is Operations Manager. Each of the records attached hereto is the original or a duplicate of the original record in the custody of The Hongkong and Shanghai Banking Corporation Limited. I further state that:

(A)   such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

(B)   such records were kept in the course of a regularly conducted business activity;

(C)   the business activity made such records as a regular practice; and

(D)   if any such record is not the original, it is a duplicate of the original.

3 April 2017

Sworn to or affirmed before me, _XIE WEIMIN_, a _Solicitor_

this _3rd_ day of _April_, 20_17_

Xie Weimin
Mayer Brown JSM
Solicitor, Hong Kong SAR

# EXHIBIT D



DVD         T 1

00:00:00      (Waiting on Agents to enter room.)

00:00:45      MARTINEZ:  Okay, Sir, finally.  You've met Brian
Enneser.

00:00:52      THIAM:  Yes, yes.

00:00:53      MARTINEZ:  Okay, very good.

00:01:00      (Getting everything organized to begin.)

00:01:24      MARTINEZ:  All right, so again, good morning to the
extent of being a good morning.  I know it started off
a little bit on the rough side, but like I said, I
think we can get through it with as little damage as
possible.  I need to advise you of a couple things.
First of all, this interview is being recorded, so
just a, just a heads-up.  If you have any objection
you're certainly welcome [inaud.].

00:01:49      THIAM:  No.

00:01:51      MARTINEZ:  Very good.  And I suppose as long as we're
being recorded, then it makes sense to give you the

1



DVD              T 1

old Hollywood spiel of your advice of rights.  Okay,
we'll get that out of the way.  You're a smart guy,
I'm sure you've heard this a million times, to go
through it.  And just, um, we'll go from there.  Mr.
[inaud.], before you, before we ask you any questions,
you must understand your rights.  Okay.

00:02:40     You have the right to remain silent.  Anything you say
can be used against you in court.  You have the right
to talk to a lawyer for advice before we ask you
questions.  You have the right to have a lawyer with
you during questioning, okay.  If you cannot afford a
lawyer one will be appointed for you before any
questioning if you with.

00:03:00     THIAM:  All right.

00:03:00     MARTINEZ:  If you decide to answer questions now
without a lawyer you have the right to stop answer at
any time.  Are you clear on those?

00:03:06     THIAM:  Hmm mmm.

2

000037

DVD  T 1

00:03:06        MARTINEZ:  Okay, very good.  And before we get
                started, let me just, today is 12/13 and the time is -

00:03:15        ENNESER:  8:55.

00:03:20        MARTINEZ:  Okay.  Okay, so, once again, I wanted to
                thank you for your cooperation this morning.  And to
                the extent we can just kind of keep it that way, I
                have no reason to expect otherwise.

00:03:43        ENNESER:  Can you just sign right there, it's just
                giving us consent.  Can you just sign right there Sir,
                that waive the rights.

00:03:49        MARTINEZ:  Oh, no, no, we -

00:03:48        ENNESER:  Oh no worries.

00:03:50        MARTINEZ:  - but you do understand.

00:03:53        THIAM:  I understand, yes.

00:03:54        MARTINEZ:  I spoke to you earlier, kind of about why I
                think there's a silver lining here today.  It's a

3

000038



DVD          T 1

rough start, but it doesn't have to be all bad.   In
fact, again I've always been excited about the
opportunity to sit and have a one-on-one with you for
a variety of reasons, but I think among them is just,
I'm, I'm impressed by your work ethic, I'm impressed
by what you've kind of been able to do career wise,
and because of, because of some of those activities I
think you would be in a position to be helpful to the
U.S.

00:04:48      And gets again at who I believe you know, and what
you've seen, what've you've heard, and in that case, I
want to give the opportunity to kind of help yourself
out by helping, by helping out the FBI and maybe even
the wider U.S.G. [ph.] to the extent that that becomes
applicable.   You've been arrested for money
laundering, okay.   And it has to do with the CIF deal.

00:05:26      THIAM:  Oh okay.

00:05:27      MARTINEZ:  Okay.  So, I guess, actually before, before
we go into any of that, per the search warrant, as
you, could you give me the passwords to these?  (There

4



DVD                    T 1

are two cell phones lying on the table between the two

Agents that the Agent is referring to.)

00:05:44      THIAM:  Sure.  It's 636363.

00:05:48      MARTINEZ:  For -

00:05:48      THIAM:  For both, yeah.

00:05:48      MARTINEZ:  Okay.  636363.  Okay.

00:05:59      THIAM:  Three times.

00:05:58      MARTINEZ:  636363, I got it.  And that's for both of
              them?

00:06:02      THIAM:  Yeah.

00:06:04      MARTINEZ:  We'll try it in a little bit to make sure
              just to make sure we didn't -

00:06:04      THIAM:  Yeah.

5

DVD ■■■■■■ T 1

00:06:06    MARTINEZ:  But, so, I guess, um, I, I leave that open
            to you in terms of, you know, can we, can we use this
            time here as a means of thinking together, should you
            wish what the potential is for us to move on from
            this.  Knowing that of course a condition of that
            would be to, to come out, come clean about your
            complacency, and, and, and what we've arrested you
            here today for, but beyond that, I like to think big.

00:06:52    I know you like to think big.  And I know, I think
            you, I mean, you must have an idea, you know, of who,
            who we would be interested in that goes beyond you.
            The things that would be interest to us and things
            that might be able to help us out.  So, I need to
            remind that time is of the essence here.

00:07:29    To the extent that we could preserve your reputation.
            Your reputation as a successful businessman, I'd want
            to do that.  You know, I don't want to see necessarily
            press releases flying around, because you're, you're a
            big name.  Okay.  And you know that this is - we've
            seen you in the press before, you know, it's, and that
            doesn't have to be the case because I know that that

000041



DVD                    T 1

could have some significance on kind of where you go
after this, once we get beyond this.

00:08:09    So, I throw that out as well.  And so, any, any
potential cooperation here today would have to be done
on some pretty short notice.  There's going to be some
additional, you know, steps taking place by my
colleagues that would, I think, present some
opportunities and is a matter of, you know, would you
be willing to assist us in that.  And obviously, you
know, we'll go from there.  So, with that, what, what,
where do we go?

00:08:53    THIAM:  You have to tell me what you want to know.  I
mean I'm -

00:08:56    MARTINEZ:  Okay.

00:08:56    THIAM:  - that's, to me I'm, I'll tell you I've been
asking myself why no one ever called me and asked me
questions about what I know.  I've heard all these
allegations flying around left and right.

00:09:10    MARTINEZ:  Right.

7

000042



DVD                    T 1

00:09:11     THIAM:  I was a witness to many things, but I, no one
             ever contacted me, that was a really surprise to me.

00:09:16     Q:  Okay.

00:09:18     THIAM:  Not of these different matters, actually.
             I've seen a lot of false allegations flying around,
             I've seen my name bending around, so I almost welcome
             this, fortunately to get the record straight.

00:09:30     MARTINEZ:  Okay.

00:09:32     THIAM:  So, I mean if there is, I consider myself a
             law abiding citizens, in-spite of what you think I
             did, and if there is something illegal that I've been
             a witness to, I'm happy to discuss it.

00:09:48     MARTINEZ:  Okay.  Let's, let's take care of this then.
             If you're, if you're then in fact willing to sit down
             here and hash it out today -

00:09:54     THIAM:  I'm willing, but I'm, I have an attorney and
             I, I don't feel comfortable going too far without him

                                    8



DVD       T 1

being at least aware of my situation or present, but I'm, as I told you many times I always, I seem to volunteer to come in contact Justice Department and say do you want to hear from me any time.  So, I have nothing to hide.

00:10:20     MARTINEZ:  Okay.

00:10:20     THIAM:  I mean, this, the CIF deal, [inaud.] I mean, there's a lot of things that happened there and I don't know if you guys have the full picture, but I'm happy to discuss anything I know.

00:10:30     MARTINEZ:  Well, that's good to hear.  That's good to hear.  And so I guess, I, I have to be, to be clear on kind of your stance in terms of I mean, I'd love the opportunity to, to sit right here and, and make a, make a kind of a quick game of that before we start talking about anything further.  We could, we could discuss.

00:10:55     THIAM:  Okay.

9



DVD      T 1

00:10:57     MARTINEZ:  But I need, I need, I would need your
             consent that you would be comfortable talking about
             that without a lawyer present, and then obviously if
             it got into territory, or if you at any point in time
             you wanted to stop we could do it that way.

00:11:11     THIAM:  Okay, okay, we can give it a try, if I -

00:11:13     MARTINEZ:  Okay.

00:11:13     THIAM:  - if there is something that I feel is, is, is
             more complex then I should discuss for the sake of
             clarity without my lawyer being present, we can call
             him in, or I can call him and, but we can, we can
             start talking.

00:11:27     MARTINEZ:  Okay.  Well, let me do this then.  We'll
             have you, we'll have you sign, sign this here.

00:11:40     ENNESER:  Thank you.

00:11:46     MARTINEZ:  The time is -

00:11:47     ENNESER:  [inaud.].

                                  10


                                                              000045



DVD         T 1

00:11:53        MARTINEZ:  Okay.  Where do we begin.  Let me start
                with, let's start with, start with Sam Pa.  When was
                the first time you met him?  Could you talk to me,
                talk me through –

00:12:17        THIAM:  Yeah, sure.

00:12:19        MARTINEZ:  – that.

00:12:19        THIAM:  Sam Pa came to me sometimes in 2009.  I would
                say, I'm not sure about that specifically, but I would
                say close to May 2009.

00:12:32        MARTINEZ:  Okay.

00:12:36        THIAM:  When I met him was not, I think, the first
                time he had to come.  He had come once or twice, met
                with the authorities, people higher than me and I was
                not kept in the loop.

00:12:47        MARTINEZ:  Okay.  Who, who would that have been in
                your estimation?

11

000046



**DVD** **T 1**

00:12:49     THIAM:  That would have been, I believe the president
            met him at the time.

00:12:56     MARTINEZ:  That would have been [inaud.].

00:12:55     THIAM:  [inaud.], and some of his close, how do you
            call that, collaborators, members of the government,
            etcetera, people higher than me and people, I wasn't,
            I wasn't part of the military, so I was kind of,
            especially in the early months of my stay in [inaud.]
            was kind of the [inaud.].

00:13:19     MARTINEZ:  And just for the, what was your position?

00:13:19     THIAM:  I was [inaud.] of [inaud.] and energy.

00:13:21     MARTINEZ:  Okay.

00:13:24     THIAM:  But I was a foreigner, I was a civilian
            [inaud.].

00:13:27     MARTINEZ:  Sure.

12

DVD ████ T 1

00:13:27      THIAM:  And some people had convinced [inaud.] that I
              worked for the CIA so he was kind of standoffish and
              afraid of me, so I was kept away from certain things.
              At least in the first, I'd say ten months or maybe
              less, eight, eight, nine months, of my stay in
              [inaud.].

00:13:48      MARTINEZ:  Okay.

00:13:48      THIAM:  Then on one of the subsequent trip, I think it
              was a follow-up trip, he came and I was called
              urgently by, by the president's office, by the
              soldiers to go and meet him at the hotel where he was
              staying.

00:14:05      MARTINEZ:  Okay.

00:14:08      THIAM:  And I went to the hotel and a lady came down,
              two ladies came down –

00:14:11      MARTINEZ:  When would this have been about?

00:14:15      THIAM:  Still I think it's around April, May 2009, I'm
              not, I'm not exactly sure.

13



DVD                        T 1

00:14:19        MARTINEZ:  Okay.

00:14:19        THIAM:  But around, it's the early part of 2009.

00:14:25        MARTINEZ:  Okay.  Spring?

00:14:30        THIAM:  Spring, spring, yeah, somewhere in the spring,
                it could be late spring, I'm not sure.

00:14:33        MARTINEZ:  Okay.  And you told me, just to make sure
                I'm clear, somebody from, from the government came?

00:14:35        THIAM:  Yeah, I think it was either the president
                himself who called, or had someone call me and say you
                have to meet these Chinese investors who are [inaud.].

00:14:47        MARTINEZ:  Okay, the [inaud.].

00:14:47        THIAM:  Yeah.

00:14:48        MARTINEZ:  Got it.

14

000049

DVD ▇▇▇▇▇ T 1

00:14:48   THIAM:  So I went.  I met with two ladies, they gave me a card saying China International Fund.

00:14:54   MARTINEZ:  Okay.

00:14:55   THIAM:  At the time I was trying to get in touch with two of the Chinese Sovereign Wealth Fund to get them to come and invest in [inaud.], and I kind of had them confused.  I asked them to clarify, they told me no, we are not CIC or the other Chinese Sovereign Fund, we are CIF, we are a private fund.

00:15:15   MARTINEZ:  Made that clear.

00:15:18   THIAM:  Yeah, he made that clear.  And, but we have a lot of money and we'd like to invest.

00:15:22   MARTINEZ:  I see.  Do you recall –

00:15:25   THIAM:  And that's, that's not some [inaud.], it was the two ladies.

00:15:27   MARTINEZ:  Do you remember the names?

15

DVD                T 1

00:15:28   THIAM:   I was Madame [inaud.].

00:15:29   MARTINEZ:   Madame, Madame [inaud.].

00:15:30   THIAM:   It was, he was basically [inaud.] kind of, I would say she, sometimes you feel she reports to him, sometimes he reports to her, you never know.  But she was out there and we had a translator which I believe learned later was the woman who brought them to [inaud.] the first time.  I don't know her name.  And after awhile I don't know if she called or sent the other woman to get Sam Pa, so he came down and sat down.

00:16:02   And I told - he told me what he wanted to do, invest billions [inaud.], I said listen if you want to invest billions in [inaud.], there's a deal, I want, I'm structuring and I'd like to attract major investors to me, and I'm thinking about, I was thinking about investing Sovereign Wealth Fund from the gov or the Chinese Sovereign Wealth Funds, but if you have the capacity to invest $2, $3 billion dollars, we'll do it willing if you have it, if you have what you say you have.

16



DVD       T 1

00:16:38        MARTINEZ:  Okay.

00:16:38        THIAM:  Then he told me, he assured me that he did, he
                told me that he did a lot of things in [inaud.], gave
                me big numbers, etcetera, etcetera, and I said
                [inaud.] you are [inaud.] okay you can do this, I was
                asked to work with you, I'll go report to my bosses
                that you're qualified.

00:16:58        MARTINEZ:  Okay.

00:17:00        THIAM:  So, I went back –

00:17:00        MARTINEZ:  Let me stop, before, before you met with
                him, what did you know about –

00:17:05        THIAM:  I, I have never heard or, I had never heard of
                him or seen him, I knew nothing of CIF before.  It was
                the first time I heard of CIF.

00:17:16        MARTINEZ:  Okay.  All right, and where did it go from
                there?

17

DVD ████ T 1

00:17:18    THIAM:  From there I went back and reported to the
            president and I said but I mean, we get a lot of
            crooks coming here and claiming that they do this and
            that.

00:17:25    MARTINEZ:  Sure.

00:17:28    THIAM:  We should do something, we should check him

            out.  And I said one way to check him out, he claims

            he does a lot of things in [inaud.] he works with

            [inaud.] etcetera, we should ask him to bring the

            chairman of Sonangol [ph.] back with him next time and

            see if it's true.  So, I proceeded to ask him to come

            back with the chairman of Sonangol, Mr. Manuel Vicente

            [ph.], who's very known in the oil sector.  [inaud.]

            and he's not an easy man to get to, so if he's able to

            bring him back to Guinea with him specially it will

            confirm to me that he does have some solid, he has

            done things in Angola.

00:18:05    MARTINEZ:  What was your relationship with Mr. Vicente
            prior to this?

18



DVD⬛⬛⬛⬛T 1

00:18:09      THIAM:  Prior to this I had no relationship with Mr.
              Vicente.  I knew of him, I knew of him as a banker in
              the late 90s.  Every bank on earth wanted to, to raise
              money for Sonangol, it was a very lucrative business
              and as the chairman of Sonangol he was the man to
              know.  So, [inaud.] so to me it was a good way to
              [inaud.].

00:18:36      MARTINEZ:  Still might be.

00:18:37      THIAM:  Huh?

00:18:37      MARTINEZ:  Still might be a good man to know.

00:18:41      THIAM:  Still, yeah, still he's the Vice President.
              But now I know him, then I didn't.  So he said okay
              I'll come back with Sam Pa.  He said, he gave us a
              week or something like that.  And then we waited a
              week.

00:18:57      MARTINEZ:  Okay, and this was you and who, who were
              you [inaud.].

19



DVD            T 1

00:19:00      THIAM:  I was there, it was the guy who was minister
              of the state, he was the most powerful minister in the
              government, [inaud.], he's still in the government
              today, I think [inaud.] something like that.  So I
              told, we told the president who had sent us to get him
              that if he comes back with some Sam Pa, it's a good
              sign, if he comes back with [inaud.] it's not.  A week
              later he contacted [inaud.] and told him he was coming
              on a specific day and a specific time.

00:19:33      We went to the airport, he landed in his jet, and he
              landed with someone, a senior guy from Sonangol but
              not Manuel Vicente, so we looked at him and said this
              is not Manuel.  He said, wait he's coming.  And then
              he did within a half hour Manuel landed as well.  So –

00:19:55      MARTINEZ:  That was the decoy.

00:19:56      THIAM:  Huh?

00:19:56      MARTINEZ:  That was the decoy.

00:19:57      THIAM:  Which one?

000055



DVD 1

00:20:00      MARTINEZ:  The first one.

00:19:58      THIAM:  The first guy.  No, I guess, I don't know,
              maybe they were in business somewhere and they came
              together, I don't know, but Manuel's plane came.

00:20:05      MARTINEZ:  Okay, and this date they arrived where?

00:20:07      THIAM:  In [inaud.].

00:20:12      MARTINEZ:  [inaud.].  Okay.

00:20:13      THIAM:  So, that was test number one passed, we took,
              both to the president, Manuel confirmed what he told
              us, the amount that he had invested in Sonangol, and
              what he had done with Sonangol, etcetera, etcetera.

00:20:23      MARTINEZ:  That's Sam?

00:20:26      THIAM:  Sam, yeah.

00:20:27      MARTINEZ:  Okay.

21

DVD ███ T 1

00:20:28   THIAM:  And the president gave us instructions to proceed and try to [inaud.] with him, if he wanted to bring money to the country, because the country at the time, I don't know if we were under sanctions yet or not but it was, the country had basically no funds. And so we went and started negotiating and talking to him about what he wanted to do.  And I quickly realized that the type of deals that he was talking about had been done in other African countries and never worked out for the country.

00:21:00   Basically they get you to commit your most valuable mineral resources against them promising to build some infrastructure for you.

00:21:10   MARTINEZ:  Right.

00:21:14   THIAM:  Or to build some airports, etcetera.  Which in itself is not a bad thing, but in most countries that I've, where I've seen the Chinese do it, they would come and take assets worth billions from you, value them at half what they are valued, give you investments for projects at the value they give your

22



**DVD** ▮▮▮▮▮▮ **T 1**

minerals and bring in a Chinese company that build a project that's half that value basically.

00:21:48    So they give you one-quarter of what it's worth.  And, and in an infrastructure project done by Chinese workers, etcetera, the countries.  And most of the deals have been big amounts numbers that lead nowhere. So, I told him in our case what we wanted to do is we will create a JV with you, a joint venture company with you.  You will own it for the percentages, I think you, we told him he would own 70 percent, we would own 30 percent.

00:22:20    MARTINEZ:  Okay.

00:22:21    THIAM:  The government, [inaud.] own 30 percent, we would identify projects in different sectors together, they would put the money in in return for owning 70 percent.

00:22:33    MARTINEZ:  Okay.

00:22:37    THIAM:  Together [inaud.] projects jointly.

23


DVD ░░░░░ T 1

00:22:39       MARTINEZ:  And how did that number come up?


00:22:42       THIAM:  The 70/30?


00:22:42       MARTINEZ:  If, yeah.


00:22:46       THIAM:  In negotiations and we looked at standard
               practices, the person who makes, who brings the money
               in the project always takes a very large margin return
               of the project and the person who brings the asset
               takes a minority, but it's carried, and the other guy
               is responsible for funding, whether it's a few million
               dollars or if it's a few billion dollars, [inaud.]
               cost to [inaud.] the project, it's his responsibility.


00:23:10       MARTINEZ:  Okay.


00:23:12       THIAM:  And the 70/30 is, is fairly standard.
               Actually usually it's, the guy who puts money in get's
               much more, but we felt it was, it was a fair, it was a
               fair deal.  And we told him that in the meantime, any
               infrastructure project or any investment we get him to
               do in the country is a loan, but only repayable on our


                              24


**DVD** **T 1**

share of the future profits of the projects we are
developing together.

00:23:43     MARTINEZ:  You're going to have to explain that to me
one more time.

00:23:43     THIAM:  Okay.  So, we have four or five sectors where
we wanted to do, where he wanted to do business with
us.  It was transport, mining, fisheries, etcetera,
the other's are not that important, but there was
about four or five sectors.  So, in each sector -

00:24:04     MARTINEZ:  I assume oil would have been -

00:24:06     THIAM:  Oil would have come with mining and energy.

00:24:09     MARTINEZ:  Okay.

00:24:11     THIAM:  Which was, that was me.

00:24:12     MARTINEZ:  You, okay.

00:24:12     THIAM:  So, transport would have been me, so
transport, fisheries would have been me, so fishery

25


DVD            T 1

really stayed in the recent development and
construction with the minister in charge of that
sector.  And for each of the sectors we would create a
joint venture, where the government would own 30
percent, the Chinese would own 70 percent.

00:24:31    We would put the land in, or the mining permits, or
whatever, value, we wanted to develop and they would
put in the money and bring in the expertise to
develop.  Those projects were what we called grain
[ph.] field projects.

00:24:50    MARTINEZ:  Grain field?

00:24:50    THIAM:  Grain field.

00:24:51    MARTINEZ:  Okay.

00:24:54    THIAM:  Meaning we start them from scratch.  Obviously
you keep pushing to get access to existing up and
running projects or projects that others had and try
to convince us to kick some people out of their
projects to give them to him, etcetera.  Which maybe
succeed in other countries, but we told him that our

26

DVD ████████ T 1

mining [inaud.] does not allow that.  What we can do
we have a lot of very promising, very perspective
mineral lands.

00:25:24      We know which area has [inaud.], which area has,
etcetera.  But we know that the area that has it
someone has to go and invest the money and do the work
to ensure that it's there and then spend the money to
develop it.  What we offer you is we will, [inaud.]
have together we'll go and get some of the best free
land available, you invest, and if and when the
project begins profitable you own 70 percent of the
profit, we own 30.

00:25:53      Now in return for picking you as our JV partner, as
our strategy partner here, he commits to investing in
some infrastructure, urgent infrastructure project
that we have.  So we got him to build us, I think a
water sanitation plant.  We got him to build us a, two
power plant, we got him to build us, actually to build
us a commuter train, a 40 kilometer commuter train
that would take the poorest of the cities, of the
capital, from the farthest suburbs, about 40
kilometers away, to downtown in the train.

27

DVD ████ T 1

00:26:41        Saving money, etcetera, traffic, etcetera, it was a
                huge poverty [inaud.] project.  So, all those project
                he funded in advance with the [inaud.] when the JV
                invest and start making money, our share of the
                profits, the government share of the profit would be
                used to pay back the funds [inaud.] on those projects
                [inaud.].

00:27:10        MARTINEZ:  Okay.

00:27:13        THIAM:  So that's basically how we started negotiating
                the whole thing, the prime minister, the prime
                minister's office to cover the negotiation of the
                contract, hired outside council, etcetera until the
                contract was acceptable on both sides, and then I
                think in October 2009, we finally signed.  We [inaud.]
                a lot of back and forth, he emailed me, or his teams
                [inaud.], we traveled with him a lot to a lot of
                places to see what he had done elsewhere.

00:27:43        MARTINEZ:  Okay.

28

DVD ███████ T 1

00:27:45    THIAM:  We went to Angola, we went with him to Singapore, Hong Kong, we went all over China with him etcetera.

00:27:50    MARTINEZ:  What were the purposes of those trips?

00:27:52    THIAM:  Those were all [inaud.] trips or sometimes negotiation where the contract would be in their offices or their headquarters in Singapore, either Singapore or Hong Kong, but mostly Singapore, or sometimes it would be [inaud.] otherwise it would be to go, to go and see what they've done elsewhere, etcetera.

00:28:15    Then there was another reason for, for trips.  The legal structure since it was the first country where we got them to do it according to that model, we, and we knew that they would take it elsewhere.  So we told him, okay, the local companies we create are called GDC, Guinea Development Corporations.

00:28:33    MARTINEZ:  Okay.

29

DVD ███████ T 1

00:28:36        THIAM:  So you have GDC mining, GDC transport,
                etcetera, and the minister in charge of each of the
                sectors was [inaud.] by law the chairman of that GDC.
                All the GDCs were owned, were under the umbrella of a
                company called ADC, African Development Corporation,
                because from the mode we created there they wanted to
                go and do it elsewhere.

00:29:00        So, we said it's with us, you develop this, we want to
                be in ADC, in the parent company, which was, Hong Kong
                was in the [inaud.] based the ADC, African Development
                Corporation, in which, I think they had 85, we had 15
                percent.  But so their responsibility was to come
                bring the money and the expertise to do projects in
                other countries, our responsibilities was to help
                them, to introduce them in other countries to repeat
                the model.

00:29:33        So, and that's how the relationship started and
                [inaud.] and at some point, one of the things he did
                so, besides the power plants, the water sanitation
                project, the train, I'm sure there's a few other
                things that I'm, maybe from other ministries that I

                                        30



DVD                    T 1

forget, at some point the government, the central bank
ran out of [inaud.] completely.

00:30:01    There was, basically it was dry and the country was
going to starve.  And there was a lot of fear about
either a civilian arrest [ph.] or a civilian war [ph.]
war or something like that.  And we asked him to put
$100 million at the central bank of Guinea.  So, the
government [inaud.] asked him to do that.

00:30:21    MARTINEZ:  Was that the, the advance you were talking
about?

00:30:27    THIAM:  No, the advances were in projects.  That, that
was an advance as well, but see they needed money in
Guinea to fund their different projects.  We told him,
instead of keeping them in an outside bank, if you put
them in the account of the central bank, in terms of
the foreign reserves statistics for the central bank,
it [inaud.] good for the country.

00:30:50    Half of it you use to fund your project in Guinea,
half of it you try to keep it as a reserve and then
you replenish.  And then ultimately you take your

31

000066



DVD          T 1

money back.  That was one of the first tests we gave

him and we thought the money would never come, and the

money came.  And the money came, it was another way to

test him, we wanted to see that, to make sure that

it's clean money or, or not money laundering or

anything.

00:31:18     And we got the government of the central bank actually

got to check where the money came from, if it was from

a first, first ranked bank with an international

reputation, etcetera, the assumption was that the bank

[inaud.] and therefore the money came from a known

source.

00:31:38     MARTINEZ:  Okay, do you remember what bank it came

from [inaud.].

00:31:43     THIAM:  No, but it was one of the big names it would

be Credit Swiss City or -

00:31:48     MARTINEZ:  So one of the reputable ones.

00:31:49     THIAM:  One of the big ones, yes.

32

DVD ███████ T 1

00:31:50        MARTINEZ:  Okay.

00:31:52        THIAM:  And when the money came from that source we
                were relieved for two things, one that he kept his
                word and two that it came really from, from a source,
                from a reliable source.  And then after, I think, a
                year or so, he tried, he wanted to get his remaining
                money, the remaining money out, and I think the
                soldiers at the time tried to, to convince him to
                leave the money there.

00:32:23        So there was a tug of war, it was very hard for him to
                get the money out, so he asked for my help, so I had
                to intervene with the Prime Minister, the government,
                the central bank, and sort of finance, until they
                finally sent him his money back.

00:32:38        MARTINEZ:  Okay so why was there a struggle there,
                what was the issue there?

00:32:42        THIAM:  [inaud.] this guy [inaud.] money in the
                account and would not let it go, they thought it would
                leave it, I don't know why but they thought they felt
                he would leave it for the government or something like

                                    33



DVD                    T 1

that, which the government was not entitled to.  Which
was not the original agreement.  But since it was a
new government, I guess they tried and it failed.

00:33:06    MARTINEZ:  Okay, and who would it have been that was
creating that?

00:33:05    THIAM:  Oh the whole team from the president, to the
Prime Minister, to the government of the central bank
and finance.  It was cash in the bank for an extremely
poor, cash poor country and they tried to convince him
to leave it there, when he said he needs it back for
accounting purposes, for his own accounting purposes,
they used delay tactics and [inaud.] money as long as
possible and then finally sent it back.

00:33:34    So, I guess it was just about keeping the statics of
the central bank and the reserve numbers at a certain
awhile, and then ultimately they sent the money back.

00:33:42    MARTINEZ:  How much money went back?

34



DVD       T 1

00:33:48      THIAM:  Whatever the balance was, but I think it was,
if I remember correctly, in the neighborhood of $15
million dollars.

00:33:51      MARTINEZ:  Okay.

00:33:55      THIAM:  Out of the $100, but yeah, he spent a lot in
the country.  I don't have all the statistics but I
estimate that the two power plants cost at least $30
million dollars, they are still there, the, of course
what they spent, they spent another $30 or $35 on the,
for the water project, because the then president had
the priority to give water and electricity because he
felt that's what the population wanted and it would
make him popular.

00:34:25      And so we aggressively entered into the water
distribution project, and areas of the capital that
had not had clean running water for seven water, good
water, etcetera, will reduce the deficit in water
production or [inaud.] to the population by almost 60
percent with that money, and then the electricity is
the other leg.

35

DVD ██████ T 1

| | |
|---|---|
| 00:34:50 | The train, the [inaud.] train is probably another $30-40 million dollars.  We spent, we got him to spend a lot of money, that was the difference between the way we structured our deal and the way they manage to structure deals elsewhere.  In most of the other countries, I would say the Chinese gots a lot of natural resources out in the country, but almost nothing in return. |
| 00:35:15 | In this case we got him to spend in advance.  And when his relationship with the current president soured, the current present took a lot of money from him as well in the beginning, to, in fact I think he took at least $15 million from him to import rice, etcetera. So, in the first months he took a lot of money from him and then their relationship soured, so everything he invested in the country, stayed in the country, never had to pay it back. |
| 00:35:44 | Because the contract said that it's only payable from the proceeds of the JV's, and the JV's died out.  So, basically this is probably the only case where the poor African country got the better of the, of the deal. |

000071



DVD                    T 1

00:35:58     MARTINEZ:  Well, that sounds, sounds like something
             good.

00:36:06     THIAM:  From, if you ask the population yes, I think
             this year for the first time the train stopped
             running, the train that we built for them, and the
             people are complaining in the street, because it was,
             it was an extreme relief to their condition.

00:36:24     MARTINEZ:  Sure.  So, obviously, I mean, Guinea, as
             you well know, has a reputation, okay.

00:36:38     THIAM:  A big one.

00:36:38     MARTINEZ:  A big one, for a variety of things and you
             know, you are, you are familiar with some of the
             inquiries that are going on.

00:36:52     THIAM:  Right.

00:36:54     MARTINEZ:  Okay.  I know that you are smack dab in the
             middle of a couple, but, let's just talk about, we'll
             stay on the, on the Sam Pa [inaud.] of project out of

                              37



DVD                T 1

this advance or out of any of the money that was
coming out of Guinea.

00:37:15        THIAM:  Did I get any of it you ask?

00:37:17        MARTINEZ:  Well, I think, let me ask in general first,
what ministers were on the take?

00:37:27        THIAM:  It's, it's hard to say.  Because some powers
are very strange.  I know he must have distributed
money, but he had to probably discourse, that was
almost extreme in terms of anti-corporation, being a
communist, being for the people etcetera, etcetera.
So, it would be difficult to, besides a few thousand
dollars here and there he leaves when he moves around,
etcetera, pointing to a minister that was on the take
with him in Guinea is difficult.

00:38:14        There's one instance where the guy who replaced me
when I left, is a guy I recommended to the current
president, before he replaced me, he was the mining
advisor to the Prime Minister, and he had been the
mining advisor to maybe four or five prime ministers
before.

38



DVD                    T 1

00:38:38   So, to me he knew the mining sector, etcetera, etcetera.  And he was, he chaired one of the committees to oversee our relationship with CIF.  And Sam Pa came to me one day and said that he cut a deal with him to put him on salary, and I think they negotiated, what I thought was a very high number.

00:38:59   MARTINEZ:  Do you remember...?

00:38:59   THIAM:  $15, $25, per month, or something like that.

00:39:01   MARTINEZ:  $25,000?

00:39:03   THIAM:  Yeah.

00:39:03   MARTINEZ:  Dollars?

00:39:03   THIAM:  Yeah.  And I - he asked me for my advice, I said, listen, he has an official role as a chairman of the committee to oversee this, so compensating him might not be illegal, but if you give him $3-5,000 a month, it's, it's within the range, the normal range

39

DVD ███████████ T 1

of the compensation for someone like that, with that position.

00:39:31    MARTINEZ:  Okay, and who was this minister?

00:39:33    THIAM:  His name was Lamine Fofana.

00:39:35    MARTINEZ:  Okay.

00:39:37    THIAM:  And, but I said, at 25 or 15, I don't remember the number, but the number he gave me, I said now you enter into the range that's not compensation rate with what the task entails.  And he's after all a government official and it could be construed as corruption.

00:40:00    So I asked him to come within the range.  Government officials that serve as chairman of companies, etcetera, sometimes get salaries, sometimes get stipends, that's how they get, they get benefits.  So, as long as it's within the range of those benefits, it's legal.

40

DVD          T 1

00:40:22    If it goes too far out then it could be construed as corruption, that was my comment to him.

00:40:25    MARTINEZ:  And it would depend on, in part the, the, scope of the task of whatever minister was being put in the position.

00:40:37    THIAM:  The scope, no, but also, for instance, as minister of mine, I was the chairman of many JVs between the states and private companies.  I was the chairman, the fact that any minister of mine becomes the [inaud.] chairman of those companies.  So, there's a company called [inaud.] which is the largest probably [inaud.] in the world, it's 49 percent government, and 51 percent of consortium [inaud.].

00:41:06    The minister of mine is always the chairman of the company and part of his compensation as chairman, for instance, there is, the company is in a city called [inaud.], maybe 300-400 kilometers away.  But the minister has a [inaud.] as chairman of the, of the company in [inaud.] that he can use.  The minister is entitled to, how do you call that, the company has a commissary with food imported from the U.S., and the

41

000076



DVD T 1

employees, etcetera can buy there at subsidized rates and some things are given to some of the middle management and upper management for free.

00:41:54   The minister has an allocation [ph.] of that per month, etcetera, and when the minister travel, and the other government officials travels, and other members of the board who are government officials travel to board meetings abroad, etcetera, their tickets and stipends are paid by [inaud.].  It's part of the bi-laws, etcetera.

00:42:11   MARTINEZ:  Yeah, these are just kind of common -

00:42:14   THIAM:  Exactly.  So that same model repeats itself at several levels and the committee like the one that guy was chairing between the Chinese and Guinea to [inaud.] the CIF project, when he said that he wanted to compensate the chairman or the members of the committee, I would not [inaud.] opposed, but what I told him is at 20 or 15 or 25, you're outside of the scope and it's no longer a fair compensation.

42

███████

DVD ███ T 1

00:42:47   As a government official it would be considered corruptions.  So, you have things like that, so it's difficult to say if the guy was underpaid or if the guys was being compensated for what he was doing, or it's not always clear.  So to tell you this guy was underpaid from CIF is difficult.

00:43:04   MARTINEZ:  Okay.

00:43:08   THIAM:  Yeah, that's, that's, I mean when he landed at the airport or something like that and there were the airport staff and people like that, and he gave them $100 here, and $500 dollars there, I mean you would see that, but it's difficult to say you're corrupting the guy basically who goes around tipping.  So, so if there is corruption in his system, I don't think it's at that level or that obvious.

00:43:36   MARTINEZ:  What would it be?  Where would you find it?

00:43:43   THIAM:  See the rumor is that when he [inaud.] state, he would land and then he would have cash in his plane and then he would, he would give a suitcase with cash.  But the thing with [inaud.] once you introduce him to

43

000078



DVD                    T 1

the head of state, I introduced him to several heads
of states, I introduced him in [inaud.], I introduced
him in Madagascar.

00:44:03    MARTINEZ:  Through, through your contacts?

00:44:07    THIAM:  Yeah, exactly, as part of the African
Development Corporation, it was my role to bring him
to other countries and try to get the model
replicated.  So, when I took, but he had a model of
operation where you introduce him, your first meeting
goes really well, you're all together and then the
second meeting when he comes he asks to see the
president alone without you being present.

00:44:32    That's his way of building the relationship and
cutting you out.  So, then what happens between them,
you don't know.

00:44:39    MARTINEZ:  So, you, were you privy to these meetings
with the –

00:44:41    THIAM:  I was privy to, to the early meetings, and
then the next meeting he would ask to see the

44



DVD          T 1

president alone and when you ask to see a president to see him alone, and you are a guy who supposedly will invest hundreds of millions of dollars in his country, etcetera, he grants you that private, that private [inaud.].  So, you get kicked out and he builds a relationship with the president, he cuts you out, and that was a bit, that was his [inaud.] and after awhile he has built a relationship and you don't know what happens between them.

00:45:19   MARTINEZ:  Hmm, I see.  Okay.

00:45:20   THIAM:  But I mean, [inaud.] is like having a plane full of solar lights or computers or things that he would come and give so that the politician can give to the population and be popular [inaud.] all the time. But there again it's difficult to say, to say okay these guys, it's not cash, is he corrupting someone or is he bringing generous gifts to the people.

00:45:53   MARTINEZ:  At what point did you see him hand –

00:45:57   THIAM:  Cash?

45

000080

DVD ███████ T 1

00:45:59   MARTINEZ:  - suitcase, straight cash to officials?

00:46:02   THIAM:  I've seen him hand cash once.  And it wasn't to an official, although the person who carried it was an official, it was to fund a political campaign.  So, the guy was not yet president, the guy was a candidate so, and officially he was contributing to his campaign.

00:46:23   MARTINEZ:  Okay, who was that?

00:46:24   THIAM:  Alpha Conde [ph.], he gave the money to Lamine, the same Lamine Fofana who replaced me as minister of mine, he gave him the suitcase of cash that was locked and I think he gave him the keys and the combination, and was [inaud.] basically, in fact when they had asked for it several times and, on one of his trip Sam came, I mean Fofana came to meet him, I was there, he gave him, because I was greeting him at the airport, he gave him the suitcase.

00:46:56   MARTINEZ:  This was after you, you -

46

000081



DVD                T 1

00:46:59    THIAM:  That's before.  During the campaign, I was still in, I was still in government.  The guy was a candidate, it was, I think the second round, or in the middle of the second round of the campaign.  And, we [inaud.] took, took the cash to Alpha only.

00:47:24    MARTINEZ:  Okay.

00:47:24    THIAM:  Actually, I introduced Sam Pa to Alpha only and [inaud.] relationship afterwards.  Like, so that's one specific case where I saw it, I saw - I didn't see the cash, I was told that the suitcase contained cash.

00:47:41    MARTINEZ:  Okay.

00:47:41    THIAM:  And that is a was [inaud.] campaign.

00:47:44    MARTINEZ:  Let's back up, what about Dadis?  What about, what did he -

00:47:49    THIAM:  Dadis, I am told he gave.  Once again we were asked to leave the room, so it didn't happen in front of us.  I don't, I cannot say I remember it happened 100 percent, but I think I, a few days or a few weeks

47

000082

DVD ▮▮▮▮▮ T 1

after I heard that either that this was someone in his circle confirmed that [inaud.] gave him, brought him money.

00:48:21   But that's one of those situations, the situation with Dadis was, Sam Pa and Dadis had a relationship before I met Sam Pa.  They met first, so there was a relationship there.  And when they met, he didn't come through the ministry of mine, so when he had a meeting after [inaud.] or the prime minister, etcetera, I wasn't the minister in charge and I didn't have to be present.

00:48:48   So they had a relationship outside of me.  Later on when I was in charge of the implementation I was [inaud.] with by one of Dadis's very close guys, but later on I attended the meetings where work was discussed, but they always had private meetings between them and he made sure he built relationships with heads of states by cultivating that basically.

00:49:14   MARTINEZ:  So, you didn't, you were not privy to a meeting?

48

000083

DVD ███████ T 1

00:49:18    THIAM:  I was not privy to the, to a meeting where cash was handed but I heard it in the, I heard it in conversation, etcetera that he did or he provided it.

00:49:26    MARTINEZ:  What about, they call him the Tiger.

00:49:31    THIAM:  [inaud.] I have not seen, I don't know if he gave him money or not to [inaud.], but I have not seen it done.  I know that [inaud.], I'm trying to think, he met [inaud.], in front of, I took him to meet [inaud.] once.  It was during the elections, at the height of the [inaud.], and I think [inaud.] was still deciding who he was going to back, [inaud.].

00:50:07    And Sam was coming to get instruction from [inaud.] and the prime minister as to who the military or government backed and therefore he would support that person.  And so we came, we saw the Prime Minister and the Prime Minister called him outright to back Alpha Conde.  And [inaud.] to the president and get confirmation.

00:50:38    So, I took him to the president but the president's, [inaud.] right hand man was [inaud.] was working to

49

000084



DVD              T 1

get [inaud.] to back the other candidate [inaud.] and he tried to stop us from being seen by [inaud.], we waited in the waiting room for awhile, etcetera, and he finally relented and saw us, and I remember Sam Pa asking him out right who should we back, and he told him, Alpha Conde.

00:51:12    And I don't remember the chronology but it could be after that that the money came to Alpha Conde, unless that was a second, a second delivery, I don't know. But I remember that conversation very clearly.

00:51:28    MARTINEZ:  Okay.  So, I guess I'm a little lost in the, you're saying in this instance the money, did it go to [inaud.]?

00:51:33    THIAM:  No, the money went to Alpha, [inaud.] gave him instruction to, to give it to Alpha only.  He, the way Sam functioned, he would not have given money to [inaud.] in the presence of others.  So, I don't remember exactly if they met after they, they could have met after [inaud.] or something like that, or maybe they could have, [inaud.], I don't remember.

50

DVD ████████ T 1

00:52:03   But never, I think, would he hand money to head of state.  Although I hear he did never [inaud.] in front of people.

00:52:11   MARTINEZ:  So, you think it would have been done –

00:52:13   THIAM:  It would have been done [inaud.] between, you would not witness it.

00:52:20   MARTINEZ:  Okay.

00:52:23   THIAM:  That's – and I don't think it's about discretion or anything, I think it's about manipulation, it's about building a personal repoire and showing him that I'm up to your level, because he considered himself to be at the level or higher than any head of state.  And so he would do that to show that we are the two principals, we are talking, and the others are, they are not privy to this basically.

00:52:46   MARTINEZ:  Okay.

00:52:49   THIAM:  It was more a power play than anything else.

51

000086

DVD ████████ T 1

00:52:49    MARTINEZ:  Okay, and how did you feel your relationship was with him in terms of –

00:52:56    THIAM:  My relationship was good, friendly, tense, we would fight a lot because he wanted things that he's not entitled to or I'm not legal to do in Guinea, one, two, on the projects they were working, because they brought a lot of money they felt they didn't have to respect the laws.  So, whether it's labor laws, the environmental laws, etcetera, they would just go and do whatever they want.

00:53:19    The laws about employing a certain number of local people, etcetera, they did not care about, so it was always a tug of war, and he was always very pushy about getting assets that he's not entitled to.  He pushed very hard to get mining permits belonging to others.

00:53:34    MARTINEZ: Okay.

00:53:37    THIAM:  And we told him in Guinea the mining [inaud.] these are their projects, you have to go we'll give you available permits in very good areas as we do, and

52



DVD                    T 1

distribute of the law is you give as many permits as
you can because the government's not going to spend it
on the development, so you want as many people as
possible working on them.

00:53:59    So, we'll give you good permits, you go and develop
them like everyone else.  It, so it was always a bit
of a tug of war.  And then towards the end of my stay,
we became outright, we became outright enemies,
almost, because he offered me to come work for him
after I leave government and I told him that I'm happy
to work with him on projects, but I cannot work for
him as an employee.

00:54:25    He asked me why, that was in Zimbabwe, actually we
were sitting in Zimbabwe and he asked me why.  And I
said because I see the way you talk to and treat your
employees and I - it's not, I cannot, I cannot suffer
that, he said, no those guys are idiots, [inaud.].
I'm very independent, I have a fairly big ego, and I
think we have a good partnership if you want us to
collaborate, we can collaborate, but I cannot work as
your employee.

53

000088



DVD          T 1

00:54:56    I think I understand from some people around him, that he took that as an insult.

00:54:56    MARTINEZ:  That you wouldn't agree to work as his employee?

00:55:02    THIAM:  Yeah.  [inaud.] relationships with the people I had introduced him to, progressively cut me off, and then, I didn't see it coming, and then when I left the government, he all of sudden stopped answering my calls, etcetera, etcetera, and then the relationship died like that.  So, a guy who worked for him told me that he got insulted that I refused to work for him. So, it was a strange relationship.

00:55:32    MARTINEZ:  Yeah, it was like you got dumped.

00:55:38    THIAM:  Yeah, actually I felt like I got dumped, I felt a little, I don't know, I was maybe naïve.  I felt we had a good personal relationship and then the minute I was of no use I was done.  [inaud.], I was not the only guy he did that to.

54



DVD        T 1

00:55:51       MARTINEZ:  Okay, very interesting.  Give us a couple
                 of minutes.

00:56:00       THIAM:  Sure.

00:56:01       MARTINEZ:  I'm going to step out.  You need anything,
                 water, you okay?

00:56:03       THIAM:  Water might help, if I drink I'll have to go
                 to the bathroom.

00:56:09       MARTINEZ:  Okay, let's see, let's see, before we do
                 that, we'll see if we can get through this and then
                 we'll get to the water.

00:56:17       THIAM:  Am I allowed to check my messages or should I
                 –

00:56:19       MARTINEZ:  Oh I'm sorry, I, I can't, I can't allow you
                 to do that, but we'll get there.

00:56:26       THIAM:  Okay.

00:56:27       (Agents leave the room.)

000090



DVD ██████████ T 1

**[END OF FILE]**



**DVD** **T 2**

00:00:00     (Agents are continuing to take a break from Segment
             1.)

00:00:41     MARTINEZ:  All set.  Okay.  All right.  So, I'm not
             thinking this should take too much longer.

00:00:44     THIAM:  Okay.

00:00:46     MARTINEZ:  Because hopefully we'll get you out of here
             at some point.  But let's talk real quickly, so before
             when we, when we were at your residence, you had said
             that you did a lot of your work at an office or
             something like that.

00:00:59     THIAM:  Right, I have an office, I don't go there, I
             haven't been there in two years, but I have an office
             with my assistant and one of my partners who are in
             the office.  I, I'm on the road, I travel.

00:01:09     MARTINEZ:  Oh I see.

00:01:13     THIAM:  And when I'm, when I'm in the city I meet, I
             do my meetings in hotels, mostly at the [inaud.]
             because it's not far from my house.

                                  1



DVD      T 2

00:01:16      MARTINEZ:  Okay.

00:01:19      THIAM:  Because it's a small, we had a big office back
              in 2011 and then we ran out of money, we shut down,
              and we moved into those furnished office spaces where
              there's more rent space.

00:01:32      MARTINEZ:  I see.

00:01:32      THIAM:  So I have my assistant and partner work there.

00:01:35      MARTINEZ:  And is there anyone else besides them, that
              you're saying?

00:01:39      THIAM:  No, we had two employees that we let go over
              the years, and now I only have two.

00:01:43      MARTINEZ:  Okay, what are their names?

00:01:43      THIAM:  [inaud.], he's the CEO, he runs things, and
              then [inaud.] is my assistant office manager.

00:01:54      MARTINEZ:  Got it, and that's the extent of –

                                    2



DVD      T 2

00:01:55      THIAM:  That's it.

00:01:55      MARTINEZ:  Okay, is that that same address, was it -

00:01:57      THIAM:  641, yes.

00:02:01      MARTINEZ:  6, 641 -

00:02:01      THIAM:  641 Lexington.

00:02:01      MARTINEZ:  641 Lexington, okay.  Got it.

00:02:04      THIAM:  So I don't really sit at a desk, or do my
meetings, when I need to see them, they come, they
meet me but most of the time, my business is traveling
around and trying to develop business basically.

00:02:15      MARTINEZ:  I see.  Okay.  And, and you had said before
a lot, a good portion of your stuff is electronic, but
there was, you know, you had some documents in the
briefcases.

3

000094



DVD ▮▮▮▮ T 2

00:02:32     THIAM:  Yeah, yeah, probably, it's most of the
             documents I think would be documents from archives
             that I have to retrieve for my case against Rio Tinto
             for the [inaud.] or things like that.


00:02:44     MARTINEZ:  I see.


00:02:46     THIAM:  Or mail, open mail and things like that,
             that's there.


00:02:50     MARTINEZ:  Okay, what about, what about documents at
             the office?


00:02:56     THIAM:  Yeah, I mean it's every document that's in the
             office I would have sent them by email, I don't send
             them, I don't [inaud.] physically, so it would be in
             my, in my system.


00:03:07     MARTINEZ:  Okay.


00:03:07     THIAM:  Whether it's contracts we have, we - once I
             have secure them, I send them to them by email in
             their file, so whatever is there is electronic
             [inaud.].

4



DVD       T 2

00:03:16      MARTINEZ:  Okay, would that be like contracts with
                  like Securiport contracts and -

00:03:22      THIAM:  Securiport or [inaud.] and any companies we do
                  business with.

00:03:30      MARTINEZ:  Got it.

00:03:30      THIAM:  We are, because most of the things we do, we
                  do it in partnerships, so sometimes we are the lead so
                  we would, we would lead the contracting party and then
                  we would have a team agreement with whomever we were
                  working with.  And sometimes someone else is the lead,
                  and they would have the contract and have a teaming
                  agreement with us basically, so we're sure we get
                  [inaud.].

00:03:50      MARTINEZ:  I see.  Okay.  And how is, how is business
                  by the way?

00:03:52      THIAM:  Very bad.

00:03:55      MARTINEZ:  It's tough.

000096



DVD ██████ T 2

00:03:54     THIAM:  It's real tough.  But there's a few very nice
             things in the pipeline but they are staying in the
             pipeline and not materializing.

00:04:04     MARTINEZ:  Tough, tough economy for sure.  We'll see,
             we'll see how it changes the next four years.  Okay,
             I'm going to wait for him to get back just to -

00:04:17     THIAM:  Yeah.

00:04:15     (Waiting on other Agent to return to the room.)

00:05:13     MARTINEZ:  He said about another minute.  So.  All
             good.

00:05:21     ENNESER:  Yep, sorry about that.

00:05:26     MARTINEZ:  Okay.  So, oh boy now I'm starting to -
             let's, let's revisit a little bit of what we've, we've
             talked about in terms of, you know, again, you're
             talking about introducing high-end financiers [ph.] to
             heads of states, all [inaud.].

6

DVD ███ T 2

00:05:49      THIAM:  Okay.

00:05:51      MARTINEZ:  I mean, yeah the fact that you know these
              people by, by name and it's nothing short of, it's,
              it's impressive.  And because of that I have to
              imagine that you've seen a thing or two, now I'm
              asking you about your time in Guinea and you know you
              seem to plead ignorance as to the exchanges, which, I
              don't need to go there right now, but if, if we were
              to think bigger picture, okay, I know there are
              instances that you have seen cash exchanged, schemes
              developed, money going to the wrong hand for the wrong
              reasons, that you could report on, that you could give
              eyes about, and I, I want to talk about what those
              are, who those are, and if you're interested.

00:06:51      THIAM:  Okay, it's - let me give you a bit of
              background, you see why it's not as automatic as you
              think.  But I'm sure you know my CV and know how I
              started my life and [inaud.] etcetera, etcetera.

00:07:09      MARTINEZ:  I do.

7

000098

DVD ███████ T 2

00:07:11     THIAM:  I was hired by Merrill Lynch to do a job,
             which was match wealthy people to money.  Because of
             my relationships and the networks I built very quickly
             that, my role at, inside Merrill emerged and I was
             probably one of the few Merrill employees who was
             allowed to go and meet head of states because I had
             access to them, I knew them, we were on personal, on
             first name basis sometimes, etcetera, etcetera.

00:07:50     MARTINEZ:  For instance, if you could throw out two or
             three names back from those days.

00:07:54     THIAM:  Back from those day, we did, we did work with
             some of the people who have the worst reputation in
             terms or corruption and some people who are not known.
             I mean I'll give you the former president of [inaud.]
             who was [inaud.] most corrupt man on the planet,
             probably.  We did work for awhile with the current
             president of [inaud.] Guinea who was president as
             well, etcetera.

00:08:24     We did work in Guinea.  We did a big deal with the
             central bank of Guinea, we did a gold swop for them,
             where we made them a lot of money. I'm trying to think

                                    8

                                                              000099



DVD                 T 2

[inaud.] former president, the founder and the
current, I'm good friends with the current president
of [inaud.], actually very good friends, we've known
each other since he was a young guy, before he was a
president.

00:08:54     [inaud.] etcetera, etcetera, so I, but I was hired at
Merrill where I was left to deal with those people,
because my relationship was such that I could get a
deal done and the person would be embarrassed to ask
me for money.  I know it sounds - and any time we did
a deal we took business from the competition.  I give
you, the first example is Guinea, the gold swap.
Citibank owned the central bank of Guinea.

00:09:30     The then government of the central bank, the way I
became aware of the potential for opportunity in
Guinea is that I had dinner here with one of my
cousins who works at Citibank, that used to work at
Citibank, [inaud.] one of his colleagues.  And during
the dinner his colleague was a big bragger.

00:09:51     So he bragged about how they were [inaud.] Guinea, the
millions they make managing the gold for the central

9



DVD          T 2

bank of Guinea etcetera and their system was to have
moles in every central bank and in the central bank,
their mole was the governor, because he was related to
him, etcetera, etcetera.

00:10:10     MARTINEZ:  Sure.

00:10:10     THIAM:  And he bragged so much about how good the
business was that he gave me the idea to go and steal
it.

00:10:17     MARTINEZ:  Okay.

00:10:17     THIAM:  And my cousin was kicking him under the table
because he didn't know he was talking to the
competition.  So we started a process, it lasted 18
months to try to go and grab that deal from Citibank.
In the beginning no one resisted us, because they felt
we had no chance.  Citibank was too strong there and
the guys at the central bank were on the take, would
kill us before we get out of the door and we kept
going.

10

DVD ███████ T 2

| | |
|---|---|
| 00:10:49 | And the guy I had known when I was very young became minister of budget and you know him as probably [inaud.] Carlos Feijou [ph.], that's how I met Carlos Feijou - |
| 00:11:00 | MARTINEZ:  Through? |
| 00:11:01 | THIAM:  When he was minister of budget.   I went to see him at, in D.C. at one of the World Bank annual meetings, and I reminded him that we had met when I was in college and the government of Guinea had canceled my scholarship when I was at Cornell [ph.], they gave me a scholarship because when my father was killed and our goods, all our, all our, whatever we owned was confiscated, when the dictator died, the new government gave back all the families what was there, except us and a few families, because they had deals with some of the other dictatorships in the world, like [inaud.] etcetera. |
| 00:11:50 | The [inaud.], so they gave houses and assets and funds to these friendly other communist dictators.   And our properties most of them were given and they could not |

11

000102

DVD ████ T 2

take them back and give them to us.  So we were left
hanging.

00:12:11     MARTINEZ: Okay.

00:12:11     THIAM:  So I went and I negotiated with the minister,
I said, the [inaud.] world bank just give you
scholarships, I cannot pay for my studies, because my,
the houses whose rent I would have paid for my
studies, you gave to such and such government and I
cannot collect rent from it.  So in compensation in
the meantime I would like to be put on the list of
people who receive a scholarship, because you a lot
that you cannot give me right now.

00:12:40     And [inaud.], so I got a scholarship from the
government to go to Cornell.  By the time I reach
Cornell, the ministers change.  The new minister
comes, sees my name on the list, crosses it off and
puts the name of his girlfriend, and I got to Cornell
and I was penniless.

00:13:04     It was the winter, I couldn't pay my tuition, I
couldn't pay my house, my food, I was dead in the

12



DVD                           T 2

water.  I borrowed my from my wife today, who was a
schoolmate of mine then, and I flew back to Guinea to
go see the governor, the minister and asked him what
the hell he was doing.  [inaud.] found out was his
deputy, and he told [inaud.] negotiated with me.

00:13:30      So Carlos [ph.] became negotiated with me and he tried
to blackmail me.  [inaud.] he said if you sign a
document committing to come and work for me when you
graduate I will reinstate your scholarship for one
year, I had four years to go.

00:13:43      MARTINEZ:  Who was the minister?

00:13:48      THIAM:  His name was, um, it will come back, but I can
check, it will come back.  I said okay, I agree, I
told Carlos you tell him to send the one year, the
full one year scholarship to my account because I have
to go back and I'll sign his paper.  Carlos convinced
him to do the wire and the next day I had an
appointment with the minister to sign that famous
settlement.

13

000104

DVD ████████ T 2

00:14:26    I went in, I gave him the paper, and told Carlos, you

            tell your minister I'll never work for him, and I'm

            not signing his paper and I walked out.  So he almost

            got fired because of that.  And I ran into him after

            [inaud.] turned it into a joke, etcetera, etcetera,

            and we struck a friendship.  And a few years down the

            road now, I'm at the bank and he's the minister of

            budget and I go see him and I say, your gold is

            wasting at the central bank, we can do a transaction

            that makes you a lot of money, and we protect the

            value of your gold.


00:15:00    He said listen, this is our project, the government of

            central bank has to sign that, the guy who's there is

            my political enemy, he won't do it.  There is a

            government reshuffle coming in two months, I will

            become minister of finance, someone close to be will

            be governor, then we can talk about your deal.


00:15:19    MARTINEZ:  So this is back in -


00:15:23    THIAM:  '97.  '96 we started.  And two months later,

            what he said happened, he became minister of finance,

            another guy became minister or governor of central

                                    14


                                                              000105



DVD      T 2

bank, he introduced us and we started the 12-18 month process to get that deal signed. Everyone thought we could not, we signed.

00:15:44   When we signed, the first thing Citibank did was float the rumor that we paid off the governor and [inaud.] that's why we got the deal signed. We flew back here, and the head of, the vice chairman of Merrill Lynch, head of compliance called us into a room and basically we were getting fired that day.

00:16:07   MARTINEZ: Okay.

00:16:07   THIAM: And they did an investigation, they asked us questions, etcetera, etcetera, and they told one, they asked me, did anyone ever ask you for money, I said no, no one ever asked me for money [inaud.] that if he embarrassed me or if he asked me for money the president would have his head. And they said but they asked your colleague for money, I said yes they did.

00:16:34   And [inaud.] colleagues who was working on it for him was asked for money by the government and he told him, the answer, the standard answer we are an American

15



DVD_____T 2

Institution, we under [inaud.] we cannot do it.
[inaud.] and my colleague came and told me, I said,
what did you answer, and he told me his answer, I said
okay.

00:16:53     So they're trying to ask us so as long as you don't
say yes or you [inaud.].  So, we let it slide and we
closed the deal.  Citi circulated the rumor that we
did pay off the governor, the deal was almost
unraveled and we were getting fired.  Merrill
investigated and took it all the way to the [inaud.]
chairman of compliance, they figured Citi was trying
to scuttle the deal.

00:17:19     They sent us in to get the governor to sign a full set
of [inaud.] documents etcetera which was the most
humiliating thing you could have the guy do.  I called
[inaud.] I said if you don't get the governor to do
this, it's my head.  Carlos went to the president, the
president told the governor to go to [inaud.] and sign
any paper I give him, he signed the paper.

00:17:44     And that's, [inaud.] is the ability, we didn't get as
many deals, as at the time our European competitor

16

000107



DVD            T 2

bank, etcetera etcetera.  But where we have the
strength of the relationship we could not get through
the mess and get a deal signed without having to
compromise.

00:18:10      So I do favors, I get these guys out of binds, they
              own me favors, if they give me a contract, or they
              instructor their ministers to give me a contract, the
              relationship is such that, I'm not saying they're not
              making money somewhere, I'm saying that in front of me
              they'll act like they would be embarrassed to ask for
              money, that's the type of relationship I try to
              maintain with them.

00:18:40      So that's my first answer to my question. That's now
              in the implementation of contracts that are signed,
              there are no ministers there that go and talk to the
              partner I brought and try to get something under the
              table, it's possible.  But I've worked with the most
              corrupt president on earth.  And I say [inaud.] more
              corrupt.

00:19:10      The president of [inaud.] Guinea, etcetera.  I've
              always managed to get into transaction where we didn't

17



DVD                T 2

have to result to that.  And I've always managed to
keep a relationship at a level where they would feel
embarrassed to ask.  Actually, they would offer me
money as a younger brother, rather than asking me for
money.

00:19:31        MARTINEZ:  Okay, so those are interesting that you
named those two and those are repeated.

00:19:34        THIAM:  [inaud.] they are.  And it's, I did a lot of
things, [inaud.] we had them renegotiate their debt
with [inaud.], we saved them from a big bind when oil
was at $8.00 and the country was bankrupt and we saved
them.  When [inaud.] bank scandal problem and someone
[inaud.] bank account anywhere, a number of U.S. banks
were asked to maintain, actually I think it was under
supervision of the White House at the time, because I
think all of the [inaud.] went to the White House
[inaud.].  We were retained as the team to help them.

00:20:17        MARTINEZ:  This is at Merrill Lynch?

00:20:17        THIAM:  Merrill Lynch, and then I moved to [inaud.] I
took the file with me, we are the ones that found that

18

000109



DVD      T 2

it was an SAR [ph.] and why the SAR, there were two
transactions there that were unexplained, and out of
ten years of monthly statements, we found those two
wires that were unexplained, and it turned out we
managed to ensure that the newly hired head of
compliance at [inaud.] bank, to cover his ass, excuse
my English, just slapped SARs on any unexplained wire,
instead of asking the client to show what it was
about.

00:20:51     MARTINEZ:  I see.

00:20:51     THIAM:  We went to the client, we asked him, and they
said we cannot tell you, and we said if you don't tell
us the deal is dead and when they went to pull their
files it was, they were purchasing weapons for the
military, it was a strategy purpose for a sovereign
state and they wanted to keep it confidential, they
did it under a [inaud.] companies.  And it was a very
legitimate explanation basically.

00:21:19     MARTINEZ:  All right, I need another two minutes.

00:21:22     THIAM:  Sure.

19

000110



DVD            T 2

00:21:25      MARTINEZ:  All right, I'll be right back.

00:21:30      (Agent leaves room.)

00:22:47      ENNESER:  You need a break, you want to go to the
              bathroom at all?

00:22:48      THIAM:  No, no.

00:22:48      ENNESER:  You good.

00:22:52      THIAM:  I could, my mouth is dry.

00:22:52      ENNESER:  Okay, let me get you a glass, I'll go get
              some water for him.  Do you mind.

00:23:01      MARTINEZ:  Yep.

00:23:06      (Agent leaves room.)

00:23:16      MARTINEZ:  This must be a nice break from your, right,
              because normally your day is probably rolling crazy.

20



DVD     T 2

00:23:21     THIAM:  It's nuts.  But it's good.  [inaud.] for a few
             hours.

00:23:29     MARTINEZ:  I was impressed to see you've been fairly
             grounded lately, I kind of assumed that you'd try to
             fit in something right before Christmas, and -

00:23:38     THIAM:  Actually, I was and they delayed.  I had a
             big, hoping to sign a big contract in Qatar [ph.] and
             they delayed twice.  So, I postponed it.  And I have a
             meeting in London, but since they have to pay for my
             ticket, they didn't send a ticket I didn't go, so I
             stayed.

00:24:03     MARTINEZ:  All right.

00:24:07     (Waiting on Agent to return.)

00:26:00     ENNESER:  Here Sir, is a cup, I'm sorry we didn't have
             a cup, but I made you one, sorry about that, on the
             fly.

00:26:07     MARTINEZ:  We're short on funds too.  Okay.  We're
             going to hit a couple more topics.

000112


DVD                    T 2

00:26:14      THIAM:  Okay.

00:26:16      MARTINEZ:  I mean again this is fascinating for me,
              because there's just so much about, I think your past
              and your career with Merrill Lynch moving on to
              [inaud.] you know it all seems very, you know, it all
              plays a role, we don't have the time to get into that
              right now but I appreciate kind of giving me some
              color and context.  Okay, let's real quickly, you
              talked about some of the people you've dealt with.  We
              talked about Ali, we talked about Bongo, we talked
              about I guess that would probably be, [inaud.].

00:26:49      THIAM:  Yeah.

00:26:51      MARTINEZ:  Angola, let's go back.  What are your, what
              are your end roads there, what's –

00:26:59      THIAM:  I have a few good friends in Angola.

00:27:02      MARTINEZ:  Such as?

22

000113



DVD **████** T 2

00:27:02    THIAM:  Such as Manuel, I consider him a friend
            although we're not in touch, after his [inaud.] we
            struck a good relationship. I think after Sam dumped
            me as you say, he kept his distances, but from time to
            time we run into one another, we visit for a half
            hour, we [inaud.] so I consider him a good friend.
            Carlos Feijou who is now in the private sector but was
            a senior minister for a long time [inaud.] I consider
            an okay good friend.

00:27:48    Back in the days, I had a good relationship with
            former minister of oil [inaud.] but that was back in
            the mid 90s.

00:27:55    MARTINEZ:  Okay.  What about, what about Isabel?

00:28:04    THIAM:  You know I tell you, I laugh because people
            said all kinds of things about my relationship with
            Isabel, that we went together, you know, in all those
            fake reports that you guys probably read.  I met
            Isabel once in my life.  It was at a dinner and we run
            across each other, I was with someone she knew, they
            introduced us, we shook hands, that's the one and only

                                    23

000114



DVD                    T 2

time we met and that was over 15 years ago.  I never

met or spoken to her before or after.

00:28:38        MARTINEZ:  What do you know about what's going on?

00:28:37        THIAM:  In Angola?

00:28:38        MARTINEZ:  Angola.

00:28:40        THIAM:  I think I know a lot.

00:28:40        MARTINEZ:  Okay.

00:28:42        THIAM:  Maybe I know a lot because I know a lot of

                people who are inside [inaud.] so I know a lot.

00:28:45        MARTINEZ:  Then you'll, then you know if its

                reputation is being equally, equally corrupt.

00:28:50        THIAM:  It's more than, I mean there it's, [inaud.]

                someone like Isabel almost bragged about having made I

                don't know how many billions of dollars that she could

                never have earned the first [inaud.] if it wasn't

                because she's the daughter of the president.  So,

24

000115



DVD      T 2

there it's, I think it's on another scale.  I met
president [inaud.] a couple of times, when I was a
minister, so I have a good understanding and knowledge
and the workings in Angola.

00:29:25      I've been working or going to Angola since about '93
or '94 while the [inaud.] was still raging.

00:29:41      MARTINEZ:  So, is that, is that a place that you think
you could still operate in with some degree of -

00:29:45      THIAM:  Yeah, not that I did many things in Angola,
but I did a few.  I'll give you an example and I think
you guys cost me money there.  I, no I'm serious,
because someone made me work and refused to pay me
because you guys were investing me.  I was approached
by a UK based oil company called [inaud.] Energy, it
was a new venture.

00:30:13      MARTINEZ:  When was this?

00:30:14      THIAM:  That was in the last three years.

00:30:19      MARTINEZ:  Okay.

25

DVD ███████ T 2

00:30:22      THIAM:  [inaud.] Energy, former BP executives set up a

junior oil company in London got a lot of money from

private equity funds in New York, I think, between I

don't know if it was $300 million each from two

friends or if it was $300 million combined from two

friends, I don't remember.  And obviously they have

all the technical ability, they have the money but

could not find a single [inaud.].

00:30:46      And then they approached Jeffery's [ph.] the

investment bank in London the oil and gas group, for

help, because there were two assets they wanted to buy

in Angola.  They wanted to invest in Angola, but they

were too new, too small to qualify.  So Angola didn't

give them the time of day.

00:31:05      Jeffery's came to me and ask if I could help, I

agreed, I asked them to do a [inaud.] of me, because

all kinds of things are written about me in the press,

etcetera and I wanted them to be comfortable that

they're okay working with me.  They claimed they did

their due diligence, they called me asking me a lot of

26

000117



DVD 　　　 T 2

questions about all these allegations about where I put the $200 millions and stuff like that.

00:31:30     And they decided to mandate myself and two other partners to help them.  We did all the work, it took us about, 12, 12 months at least to get them to the finish line and they, they actually ended up being in competition with one other oil company and they won. And when it came time to pay and get the assets then to pay us off, they decided to do a pre-closing due diligence and in the pre-closing due diligence they decided that with everything being said about me etcetera that it was a reputational risk to pay me my share.

00:32:06     And they forced me to sign a piece of paper agreeing not to be paid.  So, that's, and I signed it, so that my two partners got paid and they're not punished because of me.  So, that was a deal I did in Angola.

00:32:20     MARTINEZ:  So anyway there's still potential there.

00:32:24     THIAM:  You can, it depends you cannot go after the big mega stuff, because then you know someone is

27



DVD       T 2

getting paid.  But there are some opportunities that
you can do if you have the connections.

00:32:34     MARTINEZ:  Okay.  What can you tell me about, what can
you tell me about, when we talked before obviously
about handouts, cash payments, gifts, these types of
things, what can  you tell me about Enrique?

00:32:55     THIAM:  Segura.

00:32:56     MARTINEZ:  Who has he paid, who has he paid off, who
has he - because he's worked with the same people that
you've worked with.

00:33:05     THIAM:  Way before I met him he was working already.
I'll tell you one thing about Enrique, he's, he's an
extremely careful man.  It's, I rent, and I think it's
[inaud.] people investing, I don't know if it's from
here or some of the [inaud.] guys, that my
relationship with Enrique is money laundering front
and basically it's my $200 million dollars that he's
siphoning back to me somehow or something like that.

28



DVD          T 2

00:33:44        Enrique himself never proposed, offered me money.  He
                did sign two contracts written when I was minister,
                that's when I met him.  The guy associated with him at
                the time, the guy who introduced him to Guinea, and
                his right hand guy, in one of the meetings leaned into
                my ear and said oh by the way Mr. Minster, I don't
                know if he said 15 percent or 20 percent commission in
                this.  I looked at him, I said, that's not my
                business.


00:34:23        So, that's the one instance that I remember where they
                came close and it was a team or his employees to bring
                something improper.


00:34:38        MARTINEZ:  Who was that?


00:34:38        THIAM:  The guy, I think his name was [inaud.] it's
                the guy who brought Enrique to Guinea.


00:34:45        MARTINEZ:  Okay.


00:34:45        THIAM:  He's the former Ambassador of Israel [inaud.].
                So, I think from my reaction then, Enrique knew how to
                treat me.  So if he was doing something fishy he knows

                                      29



DVD                    T 2

not to involve me.  After just a few months before I
left government he came to see me and offered for us
to work together [inaud.] internationally, and I told
him no, because I gave him a contract for Alex Stewart
while I was minister and at least for a year or 18
months I'm not going to do business with anyone I
worked with when I was minister, that's when he came
back and said okay, I have this other company called
Securiport.

00:35:36      Securiport never did business with you or in Guinea, I
would like us to work on developing Secuirport in
Africa and elsewhere together, and that's when I
agreed to work with him.  So, I have a very straight
deal with him.  I make 20 percent of the gross driven
on any contract he signs, Segura signs through me.  I
control that 20 percent and if I use local agents or
others to help me get the contract, I pay out of my 20
percent to compensate them.

00:36:22      That's how I make sure that no one who should not be
paid gets paid at least from what [inaud.] 80 percent,
I don't know.  But usually if I take him to a country

30



DVD           T 2

it means I'm the front of the relationship, he doesn't
have the relationship.

00:36:43     MARTINEZ:  We have good reason to believe that that
             other 80 percent and even that, some of the other
             funds are going to -

00:36:51     THIAM:  People who should not.

00:36:51     MARTINEZ:  - the wrong hands.  And some of my proposal
             to you today as we kind of get further at why we're
             here is to what extent you'd be willing to help us.

00:37:06     THIAM:  Listen, if I was dragged into something that
             led me to this because of things I - they did that I
             wasn't aware of, I mean, I'll tell you everything I
             know, I have no reason not to.  The one place I was
             not in control of paying at all was in Kabul [ph.].
             We did, we have two contracts in Kabul, with the
             current president Ali.

00:37:42     I was kicked out very early, so what they cooked up
             behind me, I don't know.  But I know how I was kicked
             out.  He signed a mandate for me to advise him on

                                    31



DVD [redacted] T 2

revising his mining code and creating a new national
mining and a new national [inaud.] company.  I did the
work, I submitted the work, submitted my invoices, and
they dragged me along for three years and refused to
pay me until I walked away and I said keep the money.

00:38:08      I introduced Alex to work there, I introduced Enrique
there, he got a contract, I think he stayed maybe
three, four years, in the negotiations to sign his
contract they squeezed him, according to him, a lot,
and they squeezed him so much that he said he could
not pay me my 15 percent that I'm entitled to.
Because I trusted the guy I said it's fine, because on
the results there's going to be a bigger success fee,
and because I'm going to be paid from my advisory
mandate, I agreed not to make my 15 percent on this,
and make money on the commission on the recovery which
is bigger.

00:38:48      So, I never made a penny from that three, four years
he worked there and I think he was making in an excess
of over a $1 million to $1.5 a [inaud.], I never got
one cent, and I think in the end I think they refused
to pay him the last few months he was owed and they

32

000123



DVD ██████ T 2

never, fulfill their commitment to have him go and
collect the [inaud.] that they find, the oil companies
owned him.  So there was never a success fee to pay me
from.

00:39:21    So that's a relationship where I spent money because I
paid for my own hotel and travels when I go there
etcetera.  And I never got a penny of compensation,
and I was very sour about it and I [inaud.].  So,
there I have zero visibility.  But I know the guy,
whether it's [inaud.] whether it's that guy [inaud.]
etcetera, and I know these guys do nothing for
nothing.

00:39:49    And these guys, if I have something on them, I'd be
happy to give it to you because I think I owe them
some kind of payback.

00:39:59    MARTINEZ:  Okay, well, that's interesting, there might
be, there might be some opportunities there.  But it
brings us to the reason we're here today and that is
we need to get past the hurdle, the in-pass we're at,
and what that has to do with is your own complacency
in taking bribe payments.

33



DVD        T 2

00:40:35        THIAM:  I took bribe payments.

00:40:36        MARTINEZ:  Yes.

00:40:39        THIAM:  Okay.

00:40:40        MARTINEZ:  And we have good evidence to suggest –

00:40:43        THIAM:  That I took bribe payments.

00:40:46        MARTINEZ:  – that you benefitted handsomely from Sam
                Pa and his conglomerate, so to speak.

00:40:55        THIAM:  Okay.

00:40:56        MARTINEZ:  And essentially what I need to hear from
                you is how that took place if we're going to talk
                about any, any other work to do in the future or any
                help you could get from us down the road.  We
                obviously don't make guarantees, but understanding
                that money laundering does come with jail time.  Okay.
                I would love to think that if it worked out with us

                                        34

DVD ███████ T 2

today we could work up something where you're maybe
working for us proactively okay.

00:41:40        And we could, we could do it in a way that spars you
some degree of you   know, it doesn't have to get out
there.  I'd love to be able to think that you could be
back with your, with your family for Christmas, I
don't want to, I don't want to, and that's part of the
reason we decided to do it this week and not wait
until closer to the holidays, well and plus you're
gone half the time. But I want to be able to see if
those possibilities exist, but in order to do that, I
need you to come clean about stuff.

00:42:16        THIAM:  [inaud.] because I have the relationship with
Sam Pa, a lot of things happened and I don't think, I
disagree with the statement that I took a bribe from
Sam, Sam Pa, so I [inaud.] operating [inaud.] people
who do bad things, I have no problems with, it's not
even, we don't even need to condition it to anything,
but getting me to say that I took bribes from Sam Pa I
cannot do, because if you go and peel back my entire
relationship with Sam Pa, you will see that it's,

35



DVD          T 2

you'd be hard pressed to call, to say that I took
bribes from Sam Pa.

00:43:05    My relationship with Sam Pa was not a corrupt one.
And that's, I mean, it's, I know on the surface a lot
of people said a lot of things, etcetera, etcetera, I
took steps when the government was under, when we were
under sanctions and all my accounts were being frozen,
I took steps to open an account in Hong Kong, I came
clean when I came back, and I, and I did a voluntary
disclosure to the IRS.

00:43:30    I said for a period of two years I was under
sanctions, I have to feed my family, I opened an
account that I did not declare.  Here I am declaring
it, here are all the accounts.  And I'm happy to go
and explain every transaction they need, etcetera,
etcetera, [inaud.], I did it, actually I did it on the
advice on a foreign head of state, the head of state
of France at the time, [inaud.].

00:43:53    MARTINEZ:  Who was that?

00:43:53    THIAM:  Foreign, the head of state of France.

36



DVD      T 2

00:43:56      MARTINEZ:  The name?

00:43:55      THIAM:  [inaud.], he said [inaud.] at the time,
                       because I had a deal with them, I wanted to resign,
                       and they said no, this country will fall apart, the
                       soldiers will fall in the population and there's going
                       to be another massacre.  We will not send in troops to
                       avoid a massacre as long as you stay in, but you have
                       to be our guarantee that these guys [inaud.] and I
                       agreed to stay in at my own risk.

00:44:24      When the year was about to pass the sanctions he
                       called me in and he said you're not going to be able
                       to travel because we are taking sanctions.  I said Mr.
                       President I have four passports, if you want to see
                       me, call me, I'll be here.  The he said, well all of
                       your accounts will be frozen.  If I were you I would
                       find an account that you could use if you want to keep
                       feeding your family, because it was about feeding my
                       family.

00:44:48      I opened an account in Hong Kong, anyone who owed me
                       money I asked them to put the money there.

000128



DVD                    T 2

00:44:52        MARTINEZ:  And who owed you money?

00:44:53        THIAM:  At least, I can give you a list of 50, I mean
                my accountants did a full forensic audit of my
                finances when I came back to assess exactly what my
                exposure was and we have all the documents.  There's a
                law firm in New York and a law firm in D.C. that did
                the work, they have it, and –

00:45:15        MARTINEZ:  And here's where I just, you know, and I
                know about that account, okay.

00:45:23        THIAM:  Yeah, that account I declared it.  I know.

00:45:25        MARTINEZ:  You declared it.  And we both know that
                that account is funded overwhelmingly from the
                conglomerate, from Sam Pa, [inaud.].

00:45:50        THIAM:  Who's [inaud.], I don't know [inaud.].

00:45:52        MARTINEZ:  You mentioned [inaud.].

00:45:53        THIAM:  Yeah [inaud.].

38



DVD        T 2

00:45:57      MARTINEZ:  You mentioned that, okay.  Sam Pa you said
you have a very complex relationship, but a
relationship that's worth peeling back the layers,
well I did not see but minimal, minimal transactions
hitting that account, it's 50, it's very minimal and
it comes from, it's not 50 people that owe you money,
a list of 50 people, it's a very small group of people
that paid you money, and that group that paid you
money benefited from that contract that you helped
promote and that you [inaud.].

00:46:42      THIAM:  That's, that's, I mean I'm happy to help but
that statement is not correct, except that group that
you say paid me money spent close to $300 million
dollars in Guinea between -

00:46:56      MARTINEZ:  We talked about the advancements, yes.

00:46:57      THIAM:  And I don't think they benefited one penny
actually, they were out $300 million dollars because
of the way I structured the contract.  So, what did
they get in return, they did not get paid, loss, they
spent money and they got zero in return.

39



DVD                    T 2

00:47:13     MARTINEZ:  What they got in return is inconsequential
             down the road it's what they paid you in anticipation
             of.  Just because –

00:47:20     THIAM:  [inaud.] in anticipation, that's the problem.
             First of all CIF did not get anything of value in
             Guinea that they would have to spend tens or hundreds
             of millions of dollars to get value from Guinea.  The
             money they paid in advance was only coming back to
             them, if those investments were made.  So, there's no
             –

00:47:39     MARTINEZ:  So, they paid you directly to your account
             [inaud.].

00:47:41     THIAM:  Yeah, but there's no [inaud.], it's not
             correct, there's no [inaud.], I asked Sam Pa for a
             loan, he gave me a loan.  When I left the government I
             was cashless, I asked him for another loan, he sent me
             packing.  It's not –

00:47:57     MARTINEZ:  Listen this is where we –

                                    40

DVD █████ T 2

00:48:02     THIAM:  I, yeah, I'm not trying to play games, I'm
             telling you the facts.  I mean it might be an issue,
             it's possible, I don't know, I'm not a lawyer I don't
             know the lawyer, you tell me to come clean, I'm
             telling you exactly what happened.  So, the offer of a
             corporation etcetera, without a [inaud.] I'm happy to
             do it.  But I don't want you to try to get me into a
             [inaud.] a definition of what happened which is not
             [inaud.] which is not what happened, it's, I mean it's
             not fair to me either.

00:48:31     I mean you guys have tried several times, I have Sam
             Pa on tape saying that you tried to entrap him to
             prove me in.  I have one of your guys prepping the,
             the lady who claims to be the former wife of [inaud.]
             and telling her in the bathroom you get [inaud.] and
             you become a U.S. Citizen.  I have you guys trying to,
             I don't know why, all the guys who made money corrupt,
             in a corrupt way from the time I got to Guinea until
             after our government there, you talked to them, you go
             you interview them, etcetera and [inaud.].

00:49:12     I mean I'm happy to help you but don't, I don't know
             why  you're trying so hard to pin something on me.

41

000132



DVD          T 2

00:49:17      MARTINEZ:  Because we know what happened and I really,
              I want to get past this, I want, I want to be able to
              move forward -

00:49:27      THIAM:  I want to get past this too, but -

00:49:27      MARTINEZ:  You have to call it what it is, I mean
              this, the circumstancing surrounding the time of these
              transactions, the timing of the deal, I mean you have
              to know better as a U.S. banker, as a U.S. Citizen.

00:49:45      THIAM:  Yeah, I know better.  Okay, let me ask you
              something then, okay, let's say it's corruption.
              [inaud.] basically what you're leading up is that it's
              corruption.  What did they pay me in return for what,
              what did I give them that I was not supposed to give
              them in return for being paid.

00:50:13      MARTINEZ:  What you did was help them obtain an
              incredibly valuable comprehensive contract in the
              company, in the country that you presided over.

00:50:29      THIAM:  I'll tell you something.

                                  42



DVD      T 2

00:50:30       MARTINEZ:  And you got money in return.

00:50:33       THIAM:  In [inaud.] that contract was worth zero, that
               contract was then $300.

00:50:37       MARTINEZ:  I know you said -

00:50:38       THIAM:  That contract.

00:50:39       MARTINEZ:  I know you yourself have said $7 billion.
               I know other [inaud.] other's that have -

00:50:47       THIAM:  You have to read what I said, I said that CIF
               will invest $7-9 billion dollars in Guinea over a
               period of ten years.  It's not CIF getting $7-9
               billion dollars out of Guinea, that's the term of the
               contract.  You  have to read the contract.

00:51:04       MARTINEZ:  Listen.

00:51:04       THIAM:  I'm happy to cooperate, I'm not happy to be
               here chained like an animal etcetera, etcetera, but we
               have to start from clear [inaud.] basis, you cannot

                                    43

                                                              000134



DVD       T 2

get me to admit to something that I didn't do.  It's
not a good starting point.  I told you right now I
will cooperate with  you, deal or no deal.  I don't
care.  If I know someone who did something then I can,
and I can pin something on him, I will let you know.

00:51:40      But your characterization of what I did, we cannot
start from an unfair point, it's, I'll admit to
anything I did, I won't admit to something I did not
do.

00:51:52      Q:  We're going to step out again, okay, and then
we'll, we'll figure out where to go.

00:51:58      THIAM:  You suggest I call my lawyer now [inaud.] keep
talking.

00:52:04      MARTINEZ:  I don't, I don't, I'm not at liberty to
make any suggestions.  That's all up to you.  Like I
said at first, whenever you're, you know, you feel
like you're –

00:52:13      THIAM:  No let's keep talking but I mean, I want to
work together [inaud.] both sides, I, you guys cannot

44



DVD                    T 2

push me, I know you guys have been trying for five years to get me, but don't make me admit to something just for the sake of admitting.

00:52:25    MARTINEZ:  We'll be back.

00:52:28    THIAM:  Be fair to me.  I'll be fair.

00:52:33    ENNESER:  And Sir, just so you know you've been a gentleman and very [inaud.] and if I didn't have to keep you cuffed to the thing, but there's policy and procedures and we'd get in trouble.  Trust me I know you're not going to run.

00:52:46    (Cross talk)

00:52:49    ENNESER:  I tried to make you as comfortable as possible.

00:52:52    THIAM:  And I appreciate it, thank you very much.

00:52:51    (Agents leave the room.)

00:58:01    ENNESER:  A few minutes, Sir.

45



DVD        T 2

00:58:02          (Agents leave the room.)


**[END OF FILE]**

000137

**USDOJ (**  **Fix)**
**DVD                    3**

(Silence until 00:00:30)

(Inaudible background conversation until 00:02:10)

00:02:11    MARTINEZ: Okay, but then again, I'm -- if we're gonna

here and argue over legal implications, loan versus

ride (ph.), you know, I just don't know that it's

gonna get there. So it's a matter of (inaud.).

(Inaudible background conversation until 00:04:25)

00:04:26    MARTINEZ: I just tried the same thing. Told him

(inaud.) No, he knew, he knew exactly what I was

talking about. I told him precisely (inaud.).

(Inaudible background conversation until 00:06:10)

00:06:11:    MARTINEZ: Oh, we've -- yeah, we've been dancing around

doing that for a long time.

(Inaudible background conversation until 00:06:43)

00:06:43:    MARTINEZ: Oh yeah. Yeah, you're right. (Inaud.). Okay.

Sounds good. Hey, all right, thanks. Hold on. Hold on,

'cause we might (inaud.). All right, no worries.

00:07:39    MARTINEZ: Okay. Here we go. I know we're all running

short on energy and time here.

THIAM:    Oh, it's okay.

MARTINEZ: All right. First of all, I need to advise

you that our prosecutors received a communication from

a Mr. Paul Summit who claims to represent you.

THIAM:    That's my lawyer, yes.

1

000138


MARTINEZ: Okay. So what I need to know very specifically is does Paul Summit represent you in this matter that we are here talking about right now?

THIAM:    Not specifically, but he is my lawyer in general, so I guess. I don't know. I mean, if I need to lawyer up, he would be my first call. He would my lawyer, so.

MARTINEZ: Okay. So in this matter, related to this content.

THIAM:    Yeah. I mean, so far, I haven't involved him. But because we said we are talking. But if I have to call a lawyer, he would be my lawyer, yes.

00:08:31    MARTINEZ: Okay. I need to make one more call just to make sure that we're all -- I'm sorry about the ...

THIAM:    Okay. I mean, if I understand what the issue is, I can help you clarify. It's -- and I can instruct him accordingly either to come in or stay out for now or whatever, if I understand what the issue is.

MARTINEZ: I think it's just a matter of we want to make very sure if that is your lawyer in what we're talking about right now, then we would have to stop talking.

THIAM:    He was my lawyer in the Rico (ph.) case against Rio Tito (ph.).

2

000139



USDOJ (                    Fix)
DVD                    3

MARTINEZ: Right.

THIAM:    So I don't know if that merges into that. I mean, I guess for the next five, 10 minutes, if we're still talking, he's not my lawyer yet, but.

MARTINEZ: Okay. Let me --

00:09:20    THIAM:    I mean, it's better to be safe if you --

MARTINEZ: Yeah. Let me call.

THIAM:    Lawyers.

(Inaudible background conversation)

MARTINEZ: And he would be the person I would call if I was lawyering up. But I haven't called him. Okay. Okay, cool. All right, thanks a lot. Okay, bye.

00:10:32    Okay, yeah. But I have involved him. Yeah. I have involved him. It's a matter of clarifying this in the next five or 10 minutes (inaud.). Yes. Correct, correct.

(Inaudible background conversation and/or silence until 00:14:23)

00:14:23    ENNESSNER:    Do you need to use the bathroom at all, sir, since --

THIAM:    Sorry?

ENNESSNER:    Do you need to use the bathroom at all? Are you good?

THIAM:    That would actually be good. Yeah.

3



USDOJ (                    Fix)
DVD                    3

ENNESSNER:     I'll ask if you can go and use the
bathroom. I have a key. I'm just gonna keep you cuffed
in the front.

THIAM:     Okay.

ENNESSNER:     You can go pee. I don't think we're at
that level. All right, come on.

THIAM:     Whoa!

ENNESSNER:     You okay? I'm sorry.

THIAM:     My legs are weak.

ENNESSNER:     Oop, I'm sorry.

(Inaudible background convo/silence until 00:16:27)

00:16:28     MARTINEZ: I'm sorry. We're at this weird legal, you
know.

THIAM:     Okay.

MARTINEZ: And again, we're just trying to make sure
that you're afforded every opportunity to ...

THIAM:     (Inaud.)

MARTINEZ: I know. I know.

THIAM:     I'll trade you your shirt, man.

MARTINEZ: My shirt's even worse. So I've been advised
to ask you if you feel like you want to call.

THIAM:     No, I'm happy to keep talking for a while.
So I guess my wife informed him that I was here, but
I'll engage with him later.

4



USDOJ (          Fix)
DVD                                  3

MARTINEZ: All right. Let me pop out real quick, and I gotta report, and then let you guys -- 'cause again, we're just trying to make sure that you were not over -- forced out (ph.), and so my apologies.

00:17:21      No, he doesn't want to talk to him. Yeah, no, he doesn't need to call him. No. Okay. Okay. Can I just show him on the phone? Can I show him on the phone? (Inaudible background conversation/silence until 00:18:21)

00:18:22      MARTINEZ: Just let me show him on the phone (inaud.). Yeah, it's a logistic list, huh? Okay, sounds good. All right. Thanks. Okay. Well, let's clarify that. Okay, so we got that issue resolved.

THIAM:    Okay.

MARTINEZ: You don't want to talk to Paul right now.

THIAM:    No, no. I mean, let's talk and then see where it leads.

MARTINEZ: Okay. So here's the deal. And again, I just have to ask. I don't want to sound like I'm beating a dead horse, but you know, I need to just remind you of some context. And that context is someone who's well familiar prior to the point at which you took the Ministry position with how things work in sub-Saharan Africa and in these countries. You grew up in some of

5

000142



these places. You were educated in the United States,
or educated in some sense here, and you had a
successful business career helping manage the money of
wealthy Africans such as the ones we talked about,
okay?

00:19:20        And some of these happen to be people that are reputed
to be corrupt. You said that.

THIAM:   No, I never managed money of any corrupt
person. I never managed money of any government
official. I was hired to manage private money. Most of
my clients were Western European. I had very few
African clients. And then I did -- I moved (crosstalk)
--

MARTINEZ: You're familiar with how things worked on so
many levels when it comes to this type of thing.

THIAM:   Mmhm.

MARTINEZ: And familiar with FCPA. That's clear to you.
Okay. I'm gonna give you the chance to clarify this,
okay?

THIAM:   Mmhm.

MARTINEZ: But I need you to bear that in mind.
Somebody with all of that knowledge, all of that
education and experience, okay. In addition, you'd

6

000143



mentioned that at some point, somebody in Segura's

camp or someone related to Segura, like Pinhazi (ph.),

had mentioned to you --

00:20:22     THIAM:     Well, it's a loose relationship. I was just

trying to conceptualize.

MARTINEZ: But you turned that down just because it

began to smell funny. You said, you know what? You

wanted to be separated from that, okay? Now help me

understand, help me understand how in the world this -

- help me understand this. Help me understand.

THIAM:     How the CIF situation differs from this?

MARTINEZ: Absolutely. Here is -- here are 8.5 -- at

least 8.5 million dollars coming to you from CIF

entities to a Hong Kong bank that you opened (ph.),

and then back into -- I mean, help me understand how

this all makes sense in your mind when you are a

seated minister, okay? Please. Go ahead.

00:21:13     THIAM:     Two things. One, we talk about cooperation.

And I told you, I'm happy to cooperate. You'll have to

guide me as to which direction you want to go, but at

least I'll try.

MARTINEZ: Sure, sure.

THIAM:     You want to premise it with me admitting

guilt in terms of having committed or having been the

7



recipient of corrupt funds. I'm admitting that I did
not accept for all the reasons you just said. I did
not accept corruption money. Now I don't know the
chronology of those friends from the CIF. I did borrow
money from some.

MARTINEZ: Okay, tell me about that.

THIAM:     Okay, I'll tell you. But, and I repeat my
premise.

MARTINEZ: Sure.

00:22:06     THIAM:     If it was corruption, it would have been a
quid pro quo. I would have said some, give me X, you
said 8.5 or nine million, I don't know, and I'll give
you this. There was never a quid pro quo. He got
nothing. He spent money. That's one. Two, I took him
to do business in countries where I was not minister.
I could not give him anything of value there that he
would pay me for. So there again, I am not the
minister in charge. I'm not the president in those
countries. I cannot get him something. And the history
shows that the history repeated itself. He went. He
promised a lot of things. He spread some money, etc.,
and then did not deliver, and those deals collapsed.

8



00:22:53      So outside of Angola, in Africa, some -- and maybe
              Zimbabwe -- in Africa, some (inaud.) spent and lost
              money; did not make a killing. That's the history of
              CIF. Maybe in Asia or elsewhere, he made good
              investments. I don't know.

              MARTINEZ: Sure.

              THIAM:    I know Angola was the cash cow because it
              was an oil producing country. He did an oil deal, and
              he was getting oil revenue, etc. In all of the other
              countries, he went into countries that were rich in
              potential, in minerals underground. But it's hundreds
              of millions of dollars and years to transform those
              minerals into money. And he didn't have the patience
              to do it. And I think he did not understand how mining
              works when he came in, and he thought he would become
              rich overnight. He came, he made promises, he spread
              the money, and then he would not do the hard work, and
              disappeared.


00:23:51      So first of all, there was no quid pro quo. I told you
              my predicament when there were the sanctions. I did
              ask him to lend me money. He lent me money. The money
              was to repaid. Either he was gonna get paid back
              directly from people who owed (inaud.), or from money

                                  9

                                                              000146



USDOJ (       Fix)
DVD      3

I expected to make because I still believe I'll remake money one day.

MARTINEZ: Let me repeat that. So when did these conversations take place? Talk to me about when.

THIAM:    I don't date -- I don't even -- if you give me the -- I don't remember the dates. The first time I asked him for a loan was, I believe, in Hong Kong, I don't know, maybe in 2010 or something.

MARTINEZ: Okay. Would this have been when you were negotiating the contract, or would this have been --

THIAM:    Oh, that contract was signed and done a long time ago.

MARTINEZ: Okay, so --

THIAM:    It was not correlated to the contract.

MARTINEZ: Okay.

00:24:42    THIAM:    Maybe his hope was that as keeping me as a friend, either in Madagascar, in Asia, or elsewhere, I would -- he would make money from me, I don't know. But he did lend me the money because he believed that we would make money together in the future.  It's a bet he took. But -- and I have, actually -- I don't know if I still have them, but I'm sure tech-wise, there might be a way to find out, because we communicated at the time a lot on SMS.

10



MARTINEZ: Sure.

THIAM:    But you will see our conversations clearly states, you don't owe me a penny. What you're giving me is not a gift or anything, and I am asking you as a friend to lend me because I'm in trouble. I don't have the money. It's not that I owe you. It's not that you owe me. It's not that I did something for you. And I clarified it very well in the way I asked him then to lend me the money.

00:25:39    Now, so I don't know the chronology of the thing. Some of the things might have happened even after I left the ministry, and it was clear that he made nothing in Guinea. I don't even remember. But it was never in return for something he was getting in Guinea because at the end of the day, he got nothing in Guinea. And the plan was not for him to get something of value in Guinea. If he hoped to get something of value in Guinea, he misled himself, because it was made clear to him, it's very clear in the contractual agreement we signed. And when the servant with nine billion dollars you mentioned, you have to go back and read the text. It's -- I declared, CIF will invest seven to nine billion dollars in Guinea over the next 10 years.

11



That's where that number came from. And that number
was not even contractual. I asked him for an estimate
of what he thought he would invest in Guinea over 10
years. So he gave the range.

00:26:40     Now, had he done it over 10 years, maybe over 30
years, he would have made 50, 60. But he didn't do it.
What he did is spend 30 million here, 20 million here,
etc. And maybe he was hoping that we would just give
him the whole shebang, which is not how the (inaud.)
mining process is structured. So there was not the
possibility of a quid pro quo. He did a quid pro quo
with Alfaconday (ph.). He gave him 15 million dollars
to buy rice, and Alfaconday (ph.) promised him a
mining asset that belonged to someone else. And
Alfaconday (ph.) defaulted on it.

MARTINEZ: We're not -- you know, we just -- because
we're short on time, I can't go onto that. I need to
stay focused on the -- you know, let's talk about,
again, I mean --

THIAM:     Let's talk about cooperation.

MARTINEZ: If you're gonna say this is a loan, tell me
about the terms of this loan. Because everything else

12

000149



you did with CIF and Sam Pa was done in contract. It worked out for --

00:27:37    THIAM:    Yeah. That was between him and the government. It was not between two individuals. I can -- if, and I'm sure you've been following my financial history, since you know, probably, that I'm more than bankrupt. And you know that I lived on loans from France for the past five years. I can show you a history of almost, I'd say, 80 percent of the money I lived on on the past five years are friends and family who generously lent me money because they thought that we are in business, go in together, and one day, they'll get it back.

MARTINEZ: And so what were the terms of this loan with Sam Pa?

THIAM:       He lent it to me and I'll pay him back on it. There was no -- we didn't discuss interest. It wasn't a bank loan or anything. It was a verbal understanding. They were lending me the money. When I make the money, either it's with you or elsewhere, I'll pay you back. No interest rate, nothing. The money I lived on for the past three or four years, if you go and check, it's the same thing. There's no one tells me, "I'm lending you money at five percent."

13


00:28:35    It was all personal loans between people who I

            consider being friends. I know it's a bit of a foreign

            concept because it's --

            MARTINEZ:  Well, I've seen the way you operate, and I

            know that, at least in a lot of the contracts -- and

            you're engaged in many contracts -- it's very, very

            detailed. It's very specific. I mean, you handle your

            business very squarely.

            THIAM:    That's going into a business contract, yes.

            MARTINEZ: Well, and I guess I just don't -- this seems

            to be --

            THIAM:    But business contracts, I mean, we sign a

            contract. We work on the transaction. It happens or it

            doesn't happen. In the meantime, I have to eat and

            feed my family. I have friends who are I'm very close

            to in the Middle East and elsewhere, and repeatedly,

            many of them advance me funds in very large sums.

00:29:15    MARTINEZ: That's fair, sir, but --

            THIAM:    And besides that, outside of that, I could

            not feed my family.

            MARTINEZ: I mean, I got a pretty big appetite, and I

            spend a lot of money too. But if I ask for a loan --

14



USDOJ (          Fix)
DVD            3

THIAM:     Who would you ask for a loan to? A bank or

from someone?

MARTINEZ: Well, hey. I tell you what. What do I need

8.5 million dollars in a loan for?

THIAM:     I don't think it was a one time 8.5 million

dollars. But if you look at the -- how do you put that

-- the bank statement, you'll see that that money

went. It was -- I had debts. I had obligations. I

tried to have money. I mean, what would I use it for?

I use it. Someone advanced me 3.2 million dollars less

than a year and a half ago. That money's gone; I need

money again.

00:30:01     MARTINEZ: What is the process for repayment of this

loan? How are you doing on it?

THIAM:     We are working on different things together.

Any one of them finds out, he takes his money back

before he pays me my share.

MARTINEZ: Okay. How long has it been since you spoke

to him?

THIAM:     Oh, who are you talking? Sam?

MARTINEZ: Sam.

THIAM:     Oh no, I'm talking about the other people

who lent me a loan.

15



USDOJ (⬛⬛⬛ Fix)
DVD                      3

MARTINEZ: Yeah, but let me talk about Sam. What happens with the repayment --

THIAM:     No, I haven't spoken to -- I have not spoken to Sam since he basically cut me off sometime in 2011. The date I was no longer minister, I refused to work for him, and he didn't need me anymore. He cut me off.

MARTINEZ: Okay, and what about the money you owed him?

THIAM:     I didn't -- he never brought it up again. He cut me off completely. Actually, he cut me off, I think because I was asking him for a new loan, 'cause I was out of money again. And I was about to ask him for a new loan, and he said, "Yes, yes, yes," and then he stopped answering my calls. And for -- and then I heard through people who we knew in (inaud.) that he had disparaging statements about me, and then I decided not to pursue. So I haven't spoken to him since sometime in maybe 2011.

00:31:04     MARTINEZ: So I'm to be led to believe that while you were a seated minister in Guinea with some very significant influence in a sector that Sam Pa and his group was very, very interested in, okay, with the potential for a lot of value. Maybe we can split hairs over seven, whatever you said, but let's face it. I mean, you wouldn't have signed this --

16



THIAM:     It's not splitting hairs. You split your --
you're putting a note on the tail, if I may say. You
were saying that he had the potential to make seven
billion dollars, when is that he had promised to
invest seven billion dollars.

MARTINEZ: Well, sure. But I mean, you know Sam's not -
- I mean, you said before, he's not the type that's
just gonna go and give out infrastructure for free in
Guinea. There must be some value that he is --

00:31:59     THIAM:     He did. He gave infrastructure in the hope,
I think, of cutting a deal that the Chinese did in the
DRC and elsewhere, where basically, the country comes
and says, yeah, take it all. Just build a few roads
and a few railroads for us. Unfortunately, and he
found a team that refused to do that. We did sign a
large-scale deal with him.

MARTINEZ: Right. Which you believe would have had to
have been valuable for the country.

THIAM:     Yes, of course.

MARTINEZ: It had to have had some value for it; for
Sam Pa as well.

THIAM:     It had some value if he had followed
through. It wasn't an easy sign to make money next
year. He had to commit to five, six years of hard work

17


to make that money. But he would have made it probably
tenfold. But he wanted an easy deal, which he could
not get in Guinea. If you -- and I mean, I don't think
there's anyone in the Guinean administration even
today -- although their bosses is (inaud.), no one
will tell you that Guinea lost money with Sam Pa.

00:32:57     Guinea made money with Sam Pa. Guinea made, I would
estimate, two or three hundred million dollars.
MARTINEZ: Let's go back. Let's go back, okay? So a
seated minister who has control in these sectors that
Sam's interested in. And you were chief in negotiating
these contracts. I've heard that from several other
people, so don't -- you have the background, you have
the English.
THIAM:     Yeah, he was the boss in the negotiations.
MARTINEZ: What's that?
THIAM:     I was the technical negotiator on this.
MARTINEZ: You played a very significant role.
THIAM:     Yes. It was a team of two, that he's put his
most trusted minister to oversee me. So we were two.
He was the head of the delegation. I was a technical
head guy of the delegation.

18



**USDOJ** (████ **Fix)**
**DVD** ████ **3**

00:33:37    MARTINEZ: Be that as it may, help me understand again
the -- you're wanting me to believe that this money
that you received from Sam and his group was merely a
personal loan between you and Sam.

THIAM:    Yeah.

MARTINEZ: Okay.

THIAM:    And okay -- let me -- maybe I'll put it in
context for you.

MARTINEZ: Yeah.

THIAM:    Give me a chance.

MARTINEZ: Because you've got to understand, this is
tough. I mean, you gotta -- to the objective observer,
this looks very, very weak.

THIAM:    It's not that tough. It's not that tough if
you look at the facts and not what people have been
saying to you for five years.

MARTINEZ: I'm just telling you the facts we see.

THIAM:    Okay.

MARTINEZ: I mean, I'm not listening to, you know.

00:34:26    THIAM:    No, be careful. The facts you see are the --
okay, let's see if we see the same facts.

MARTINEZ: I'm seeing 8.5 million dollars. These are
the facts.

19

000156

USDOJ (  Fix)
DVD      3

THIAM:     Okay. Okay, now let me walk you through what

did he get for that 8.5 million dollars, and see if

there's something there. Let's try it. Let's -- give

me your --

MARTINEZ: No. First, I want to know what -- I mean, I

want you to help me out with this loan because you're

not convincing me here. You --

THIAM:     I'm not sure that I -- the only way I can

convince you, I can show you three, four other loans

from personal friends since along the same -- you

won't see more details. These guys loaned me money out

of friendship because we have put our business

together, etc. I still haven't been in a position to

pay it back. I probably owe over 10, 15 million to

friends today, and no one's bugging me. When I have

it, I'll pay it. That's the type of relationships I

have with them. And I've repeated that I'm not a

minister. I'm bankrupt. And I've repeated it several

times because I built those relationship with the

people.


00:35:22     But you say, okay, he must have given you 8.5 in

return for something. Okay, let's see what we did.

MARTINEZ: Well, and let me clarify.

20



THIAM:    Okay.

MARTINEZ: You know, the way I see this mapped out, and you talked about the timing of it. Can you give me more specifics on the timing?

THIAM:    I don't remember. Yeah, I don't remember, but --

MARTINEZ: You seem to think that it was --

THIAM:    It's late 2009 to maybe 2010 or something.

MARTINEZ: Okay, that's fine. But you understand that, like you said before, the agreement was signed in October 2009.

THIAM:    Yes, but --

MARTINEZ: Do you recall when you opened that bank account?

THIAM:    I opened it probably around the same period because that's --

MARTINEZ: I mean days. Days.

THIAM:    That's when I was in Hong Kong. That's one. Two, that's when the sanctions hit. It's not about the acronym. It's about the sanctions. That account was purely linked to the sanctions. Now please, bear with me one second. You want information, I'll give you information. Some -- see if, I follow your logic, spent 8.5 million dollars on me, right?

21


00:36:22      MARTINEZ: Well --

              THIAM:    In return for something. Now, he goes to
              Guinea. What does he do in Guinea? He spends -- I get
              him, I force him to spend 25 to 30 million dollars on
              a trip. 30 million dollars on two power plants. 25
              million dollars on the water project. I get to him 100
              million dollars in the Central Bank. So he's out all
              that money, plus his 8.5. Then another 15 or 20 to
              Alpha Conde to buy rice when he becomes president. His
              history in Guinea, that 8.5 that you talk about comes
              on top of the other 200 and some billion that he spent
              in Guinea, not to be deducted for something he made.
              So the quid pro quo is not there. Now he had hopes for
              the future in Guinea. I think he understood very
              quickly that he will make quick money in Guinea.

00:37:20      Maybe he thought my introductions in Madagascar,
              Indonesia, or elsewhere would make him faster money,
              and he was comfortable -- how do you call that --
              advancing it. Maybe he felt I would one day work for
              him, and I would help him do business elsewhere and
              make money. Maybe he just -- and I think in some
              cases, it was the case. I think he had more money than
              he knew what to do with. I've seen him spend 75

                                    22

USDOJ (  Fix)
DVD                    3

million dollars and give Christmas gifts to people. So for him, maybe lending me 8.5 million dollars was nothing. I don't know.

MARTINEZ: Now you said the loan was between you and Sam.

THIAM:    Yeah.

MARTINEZ: Okay. Can you help me out with -- 'cause the way I recall it is near the time the agreement is signed, you get about three million from Sam. A bit later, you get another installment of two million.

00:38:14  THIAM:    I asked him for a loan for six. So he probably split it in two. So maybe he did three because -- it's not about -- it's about when I was in Hong Kong and able to open the account physically.

MARTINEZ: Right, and then you got more in March of the following year.

THIAM:    Yeah, because --

MARTINEZ: That came from somebody else. That came from --

THIAM:    I don't -- I couldn't tell you today because of the way it come in. I could not tell you where that money came from. I know I asked Sam to give me the money. He made the money available after that. He took me to the bank to open the account. It's the bank

23



where he banked himself. I tried to look at the statements to get a sense of where this money coming from. My statements did not show me that information.

MARTINEZ: Okay.

THIAM:   When I did a forensic audit with my accountant and lawyers here, we could not get to the bottom of where that money came from. I mean, you guys have more resources. You probably did. But I learned where it came from three different sources. I have no idea. To me, it was one different sum.

00:39:15   MARTINEZ: Okay. And --

THIAM:   Now --

MARTINEZ: Yeah, go ahead.

THIAM:   No, no, I was gonna say, to come to your original -- to the starting point of this, you tell me where you want my cooperation. I'll provide it. I have no issues. Why does it have to be predicated on me admitting to something that is not the case? I admit I took the loan. I can tell you -- I can show that there's no quid pro quo. No one can prove the contrary. I can prove that there's no quid pro quo because what he spent in Guinea is there, one. Two, what he got from Guinea is there. It's nothing. There was no quid pro quo. I don't know if -- what was going

24



USDOJ (          Fix)
DVD                3

through his mind. I know he had hopes of working with
me in the future. I know I took him to other
countries. Maybe it's that future he saw. I don't
know.

00:40:11    I know in Madagascar, he wanted to try to get the
assets of Madagascar and things like that. There was a
lot of value there. Once again, he overreached. He
tried to grab someone else's assets instead of going
and investing himself, and he failed. So --
MARTINEZ: Here's where we're going with this, okay?
You asked me -- and we appreciate the offer of
cooperation, and I'm still hoping that that can be the
case. When you say being predicated on your admission
of guilt, part of the way we look at this is, listen,
we have to be -- we have to find a level of comfort, I
mean an extreme level of comfort, that you are a
credible person, okay? And that you are telling the
truth.

00:41:07    By the looks of it, this is just a very flimsy, flimsy
argument. It does not look good to the trained or even
--

25



THIAM:    It's flimsy for who wants to make the
opposite case. It's not flimsy. It's the truth. It
might -- I mean, I got audited a few years ago by --
and people were asking me, "Why are you giving all
this money to all these people you barely know?" And I
said, "In my culture, that's how it is." But to them,
it was flimsy. They couldn't understand that. It
almost got me into trouble.

MARTINEZ: Okay.

THIAM:    Maybe it's cultural, maybe -- I don't know.

MARTINEZ: Let me show you something. Let me show you
something, and maybe this will help us break through
where we're going here. All right. And you were asked
about these payments before by the bank.

00:42:28    THIAM:    Which bank?

MARTINEZ: You may recall, by JPMorgan.

THIAM:    JPMorgan Chase?

MARTINEZ: Yes.

THIAM:    Okay.

MARTINEZ: And this is some of the responses that you
gave. And I'll let you. Let me read --

THIAM:    Upload this, huh?

MARTINEZ: Yeah, I'll pull it up, and this is -- okay.
We got you saying there, the bank asked, "Can you give

26



USDOJ (          Fix)
DVD          3

me the nature and purpose and connection and the beneficiaries of the high value wires sent to the following," okay? And you go on to talk about these various people, okay? And then we get to here. "Over the past 15 months," okay. The 18th. I mean, the essence of this, if you read this, is --

00:43:20     THIAM:     May I read this one?

MARTINEZ: Yeah.

THIAM:     Okay. May I roll it up more?

MARTINEZ: Yeah.

THIAM:     Okay.

MARTINEZ: I mean, and nowhere in this explanation to JPMorgan is the mention of a loan from Sam Pa or a mention of a loan.

THIAM:     Yeah, but I mean, it's --

MARTINEZ:     Well, I mean, what do you --

THIAM:     But maybe they are talking about other friends than Sam Pa friends. I mean, a lot of money came in and out of that account. It's not only HSBC money. I mean, Sam Pa was not my only relationship there.

MARTINEZ: What's that?

THIAM:     Sam Pa was not my only relationship. I don't see why this -- maybe these amounts were not

27


pertaining to anything to do with Sam Pa. "Over the years, some of the proceeds were sent to my Chase account, some to my (inaud.), some to my (inaud.) accounts." Okay.

00:44:20   But that's -- this -- I mean, I don't know which specific -- this amount doesn't -- it could have been an amount coming from Pa here. I don't know.

MARTINEZ: I mean, I'm pretty well aware that JPMorgan was inquiring as to where those Hong Kong wires are coming from.

THIAM:   No, but it's not -- JPMorgan did not inquire specifically about the Hong Kong. What happened at JPMorgan is JPMorgan -- I had an account at JPMorgan for maybe 10 years, and then I became minister. I became a pep (ph.), they realized I became a pep (ph.), and they started asking questions.

MARTINEZ: Right.

THIAM:   To cover their butts, and then they closed my account. So they were asking questions about almost every transaction on my account. So that specific answer may have no relationship to Sam Pa at all. I mean, I'm sure there's a string of questions and people unrelated to Sam Pa.

28



USDOJ (            Fix)
DVD                 3

00:45:14      MARTINEZ:  I mean, I can tell you, Mr. Thiam, that from

              having looked into this for a number of years, I am

              just shocked. This is the first time I have ever heard

              anything about some sort of loan from Sam. I mean,

              that's just out of the blue.

              THIAM:    It's the case. I am sorry. It's -- I mean, I

              would be happy to -- if you want me to lie and say

              it's a bribe, I'll lie and say it's a bribe.

              MARTINEZ: I don't want you to lie.

              THIAM:    It's not a bribe. I -- and you bring up the

              JPMorgan Chase. I mean, look at the whole thing. You

              will see that these guys were asking me questions

              about money I sent to my mom. It's discovered I became

              a pep (ph.), and they acted as if I was a pep (ph.)

              and I hid it from them, and they find it. And they

              shut me down. And one woman asked me 10,000 questions

              about every wire.  Some of -- most of the wires they

              talk about, I did not even know Sam Pa then. I had not

              met Sam Pa yet. I had not been minister yet.


00:46:13      They went back and asked about all kinds of

              transactions. I don't think that was related to Sam Pa

              at all, honestly.

              MARTINEZ: Yeah, I'm quite certain that it is, but.

                                    29

USDOJ (  Fix)
DVD 3

THIAM:     I mean, you read it. I haven't seen it in a
long time. It's possible, but I'm not sure. But I
mean, the fact remains the same. It's not only in
terms of intent. It wasn't a bribe. In terms of
technically, there's no quid pro quo. I get nothing in
return. I promised nothing in return. There was no
bribe. Okay? I received money from this guy, okay?
Maybe it's a problem, but it's not --

MARTINEZ: It's a lot of money. It's a lot of money for
the normal minister. I mean, you didn't even take a
salary. I mean, you were making --

THIAM:     How about before I was a minister? Some of
these wires are before? Everyone thinks my start -- my
life started when I became a -- it wasn't a lot of
money for me, maybe. It's why? All of it's (inaud.).
I'm becoming really sorry, and oh no, I had no life
before?

00:47:15    MARTINEZ: No, I'm not saying that at all. Maybe you
were very successful, and that would --

THIAM:     I wasn't that successful if I told
(crosstalk).

MARTINEZ: For me, that would highlight --

THIAM:     If I was that successful, I would not have
needed a loan.

30

000167



MARTINEZ:  Especially for that kind of money. I'm just
--

THIAM:    That's what I needed. Okay, but --

MARTINEZ:  And what did you need it for?

THIAM:    Look, look. I mean, I can't tell you now.
Look at -- okay, look at my history, since you've been
through all my accounts. How did I make the money I
made since? I borrowed, and along the same principles,
people -- another minister, I cannot hand him anything
from the country, either because they trust me as a
friend and they know I'll repay them back. They trust
my ability to make it back, or we are working on
things together that we'll make the money one day.
We'll make us money one day. They believe they'll see
their money.

00:48:03  MARTINEZ: Who else did you ask for a loan while you
were -- I mean, you could have gone to any number of
people?

THIAM:    Not while I was a minister. I asked for --
okay, let's --

MARTINEZ: Yeah, you asked Sam Pa for a loan.

THIAM:    That's it.

MARTINEZ: While you were a minister.

THIAM:    A minister. No one else.

31

000168



USDOJ (                    Fix)
DVD                        3

MARTINEZ: But why not?

THIAM:    Why?

MARTINEZ: You dealt with several hundreds, dozens and dozens --

THIAM:    Because with Sam Pa, there was no possibility of a quid pro quo. With everyone else, there was.

MARTINEZ: What do you mean by that?

THIAM:    Because what did I have to give Sam Pa in return for the loan? I had nothing to give him. Everyone else I dealt with when I was a minister had something else, had something they wanted and didn't.

MARTINEZ:      What about Beny?

THIAM:    Beny? He had something he wanted, and that's --

MARTINEZ: What did he want?

THIAM:    He wanted to continue his project. He was engaged in an ongoing venture in Guinea. He was in a fight. Asking a loan from him, it would have been a quid pro -- it could have been a quid pro quo. I didn't ask a loan from him. If it was corrupt --

00:48:57        MARTINEZ: What did he offer you?

THIAM:    Let me ask you a question. If it was corruption, why didn't I take money from Rusal that

32

000169



USDOJ (          Fix)
DVD                3

threatened to kill me because I make their life hard?
They threatened my life. I didn't take -- they offered
me money. I didn't take it. Why didn't I take money
from Rio Tinto, BHP? All those deep pockets? If I was
a corrupt guy, I would have taken money from everyone
and not go to war with people who destroyed my life.
One of them threatened physically to have me killed. A
Russian oligarch. It's not an idle threat. So I mean,
either you're corrupt or you're not. One guy who was
caught in a scandal recently from Guinea about sable
(ph.) mining or something like that, said in his
comments, "I got this permit under Minister Thiam
(ph.), and everyone knows it was impossible to correct
Minister Thiam." It's -- I would have been known as a
corrupt guy. I would not have taken money from one
person. Why would I take money from one person when
the entire world --

00:49:51     MARTINEZ: I don't know why you took money from Sam and
this group.

THIAM:    Because it's the only guys who could lend me
money who didn't have to lend me without flinching and
would expect nothing in return. I saw him -- as I told
you, I saw him spend 75 million dollars in one night

33



USDOJ (                    Fix)
                    DVD                    3

on Christmas gifts. For him, eight million dollars

over I don't know how many months was nothing.

MARTINEZ: And I mean -- and you can't recall now what

you needed the loan for?

THIAM:    A slew of things. What did I need these

recent loans for?

MARTINEZ: I know that's a lot of money. I mean, the

last time I've ever asked for a loan ever --

THIAM:    Yeah, but if you go by that, then go by how

much money I spent before and after I was a minister.

How much money was I loaned since I left to people I

can do nothing for in Guinea or anywhere else as a

minister? It's not out of -- how do you call that? Out

of sync. It's not out of -- I don't know. I'm losing

my English, but it -- there's no --

00:50:44        MARTINEZ: Listen. Let me just cut it off and say,

'cause again, we're running short on time. We really

are. And I just need -- I need -- I feel the need to

reiterate that I'm trying to help you out because this

here --

THIAM:    No, but you're trying to help me out by

getting me to admit to something I didn't do.

MARTINEZ: No, but it's not gonna fly. You know it's

not gonna fly. I know it's not gonna fly.

34



USDOG (        Fix)
DVD      3

THIAM:     No, but --

MARTINEZ:  This is a flimsy argument. I mean, no one's
gonna --

THIAM:     It's the truth. No, listen. For the past
five years, I've been accused of anything short of
killing my own mother. Because it's not gonna fly
doesn't mean I have to admit to something I didn't do.
I've taken -- I mean, someone said I walked out of a
room with 200 million dollars in cash, and no one
flinched about it. Everything they say about me flies,
no matter how incredible, and anything I say doesn't.
It's the fact that it looks bad -- me, it doesn't
scare me if it's not bad. That's -- maybe I play with
fire, but to me, the appearance of something bad, I'm
fine with that risk if I don't do anything bad.

00:51:49    And in this case, it looks bad, okay. But I'm not
gonna admit to it being something it's not because it
doesn't -- I'm sorry. I cannot do that to myself.

MARTINEZ:  Okay. So let me just make sure I understand
you right. You asked, at some point while you were
minister, for a loan from Sam Pa.

THIAM:     Well after.

35

000172



USDOJ (            Fix)
DVD           3

MARTINEZ:  Well after, from Sam Pa. There were no terms.

THIAM:     No.

MARTINEZ:  No documents.

THIAM:     No. There were SMS messages at the time, but I don't know how to retrieve those.

MARTINEZ:  Okay. And there was no agreement in place to which you ever intended to pay it back?

THIAM:     No. But I also say that since I've had repeats of the same thing several times, same lines. So it's not out of sync with the pattern. It's not something it happened once, it's out of the blue, it's incredible, and then it never happened again. I've done it since, and it's happened the same way.

00:52:48     I have someone I owe 3.2 million dollars today. He advanced me the money about a year and a half, two years ago.

MARTINEZ:  Yeah, but not while you were a minister.

THIAM:     Exactly. So why did he get an extension? So that means people can advance me that type of money without expecting from me a favor a minister. These guys did it. I wasn't a minister. There's nothing that

36


I can do for them as a minister. So the fact that I
was a minister didn't make a difference.

MARTINEZ: I mean, I think the degree to which you
controlled or could be a primary voice in promoting
these contracts is a huge -- that's a huge --

THIAM:    Yes. But you see, once again, it's -- you're
acting as if the opinion (inaud.) doesn't exist. Tell
me one thing of value that I could have given Sam Pa.
Tell me one thing of value that I could have given Sam
Pa for that 8.5. First of all, the contract was about
several sectors.

00:53:46    I only controlled one. You mentioned oil earlier.
There's no oil in Guinea.

MARTINEZ: A very valuable one.

THIAM:    Which one?

MARTINEZ: Mining. You controlled mining.

THIAM:    I controlled mining, but you have to
understand the structure of the mining sector in
Guinea. Guinea is probably one of the richest mining
mineral countries in Africa. The reason it's one of
the poorest countries in Africa is because the mining
is -- the minerals are unexplored underground. People
have a sense that it's there.

37



USDOJ ( ███████ Fix)
DVD                  3

MARTINEZ:  True.

THIAM:     Unless you come and do what Rio Tinto did
and spend 800 million dollars, what Beny Steinmetz did
and spend 170 million dollars underground to transform
that potential into reserves, you have zero. The
mining permit is what we give the most freely in
Guinea. Actually, the policy is give it to as many
people as you can because they have to spend the money
to come and explore, and hopefully prove that there's
something.

00:54:49    MARTINEZ:  Is this on?

THIAM:     No, no, someone's calling me.

MARTINEZ:  Oh.

THIAM:     Someone's calling me. (Inaud.) So there's
nothing, unless you are the holder of a permit that
you have been developing for years and you've proven
your reserves. That's what BHP had. That's what Rio
Tinto had. That's what Beny Steinmetz had. That has
value now. Sam's dream was maybe to maybe grab one of
those from these people.

MARTINEZ:  Sure.

THIAM:     But legally, he cannot. And legally, the
government, the Guinean government cannot give it.

MARTINEZ:  Okay.

38



USDOJ (⬛⬛⬛ Fix)
DVD 3

THIAM:     So there's no value. Honestly, there's no
value. And that's -- I mean, the code is there to show
it. Every mining specialist will tell you there's no
value. The value is to be created. I don't know what
they told you in Guinea, but if they told you
otherwise, someone's pulling your leg. There is no
value.

00:55:39     MARTINEZ: All right. Well, I think I understand kind
of where you stand on this. And I think that's -- this
is where we're at.

THIAM:     If the exercise is to be honest and
truthful, this is where I have to be.

MARTINEZ: Okay, okay. And that's fine. I just need to
make one more call, and then we can talk about whether
we can keep going with some of the other things that
we talked about or not. I apologize again for the
continued bouncing in and bouncing out, but better to
be thorough.

00:56:27     THIAM:     Can I bug you for another sip?

ENNESSNER:     No problem, sir.

THIAM:     Talking always drives my (inaud.) for some
reason.

ENNESSNER:     Take those.

39

**USDOJ (**  **Fix)**
**DVD** **3**

THIAM:     Thank you. That's fine, I just need to

rinse. Thank you.

(Inaudible background conversation/silence until

00:58:30)

MARTINEZ: I mean, I think he might have. I think he

might have said (inaud.).

**END OF AUDIO**

40



**USDOJ (          Fix)**
**DVD          4**

MARTINEZ: I don't know. What are your thoughts in terms of -- I mean, do we want to roll in? I mean, I can send him to (inaud.). I'm sorry, the (inaud.). It's not gonna get any better. This is where he's at. This is his answer. It's just a matter of (inaud.). (Inaudible background conversation/silence until 00:03:21)

**END OF AUDIO**

1



USDOJ (           Fix)
DVD           1

(Silence until 00:02:38)

00:02:43     MARTINEZ: Okay. Starting on number two.

ENNESSNER:   Yeah. Sorry about that, it just.

MARTINEZ: All right. Okay. So let's -- I think we've covered kind of your best explanation regarding the funds in the Hong Kong account from Sam Pa and his group. Let's just really quickly take a couple minutes to talk about -- and we already discussed kind of the first you met him. We talked about kind of how he got brought to your attention.

THIAM:   Mmhm.

MARTINEZ: Okay. Let's talk a little bit more about your role in actually bringing together this detail.

THIAM:   Okay.

MARTINEZ: Because I understand it was, in part, kind of your background. It wasn't like Dadis (ph.) was gonna negotiate this military guy.

00:03:39     THIAM:   No, no.

MARTINEZ: You know, it wasn't like -- you know, there just weren't people in the government that were -- at least that's what I've been told my other people, is that, hey, you were brought in not specifically for this deal, but in general because you had just a better understanding of how --

1



USDOJ (███████ Fix)
DVD                1

THIAM:     To restructure the sector.

MARTINEZ: Yeah. So can you discuss to me, regarding
this deal, kind of what you set out to do and how --
role in it?

THIAM:     When he came -- the idea we had before he
came was to create a national mining company. Put
Guinea's, the government's share of all the existing
mining project in it. That would be the asset base,
and try to calculate the value of that. So the 15
percent that we had in every operating gold mining
company.

MARTINEZ: (Crosstalk)

THIAM:     No, no, before that.

MARTINEZ: Okay.

00:04:35     THIAM:     And create something of value, and find an
investor to come and say, "Okay, I'll give you two
billion. I'll give you a billion and a half for 10,
15, 20 percent of that." And those funds now will be
used to deliver new mining projects (inaud.). That's
what we were preparing for, some (inaud.).

MARTINEZ: When you say we, chiefly --

THIAM:     The government.

MARTINEZ: You're saying the whole government.

2



USDOJ (          Fix)
DVD                    1

THIAM:     Well, the ministry. That's the mining plan
we were working on with the prime minister. So I was
in charge of coming up with the plan, and that's the
idea that we were talking internally. And we were
going to deploy it. Actually, we even - I even went to
Qatar in September to send that idea to the Qatari
government so that their sovereign wealth would become
our partner in that. That's before I met -- is it
before I met Sam? I'm getting my dates confused.

00:05:32     Anyway, so I have showed that idea to Qatar, I think
in September. And when I came back, there were the
shootings at the stadium. All hell broke loose, etc.,
and that deal died. The Qataris pulled out. That deal
died. And then he came back -- yeah, so that's later.
He came back in October and we signed. So originally,
that was the idea. And the first country or partner I
showed it to were the Qataris. So when he came --
MARTINEZ: Sam, I mean --
THIAM:     No, no, I showed it to the Qataris the first
-- some, when some came, we were still cooking the
idea. We have not finished cooking it enough to take
it out.

3



MARTINEZ: Okay. I mean, you say the idea is to reproduce the model in Guinea to other countries. That's what you're talking about?

00:06:21    THIAM:    Ah, no. No, that's what I was thinking about when I came in to restructure the system and the sector, that's the idea I was toying with. Then Sam came. Then I told him, okay, this is the idea we are playing with. However. If you want, if you have the money you claim you have, because we were going to go show this to the two biggest Chinese sovereign wealth firms, to Qatar, to Abu Dhabi, to --

MARTINEZ: Sure.

THIAM:    Etc., everywhere where there was money to see if one can bite. And when he came and claimed he had all that money, I said, "Okay. If you have the money to commit now, we'll do it with you. So prove to us that we you have it." and that's how we started now working on the structuring of the GDC, etc. I work out the general terms with them. The contract negotiation itself was between his team and the team of the Prime Minister.

4


00:07:18    The Chief of Cabinet of the Prime Minister led the

negotiations. They hired the outside law firm to come

and review the contract, etc., etc.

MARTINEZ: Okay, and who was that?

THIAM:    The Prime Minister.

MARTINEZ: Yeah. The Prime Minister would have been --

THIAM:    Camara.

MARTINEZ: Okay, and who was involved in that Cabinet?

THIAM:    In that Cabinet, you had Lamine Fofana was

his mining advisor. But you have the director of

Cabinet, whose name was Camara. I forgot his first

name. I mean, he's on the record. He's the director of

Cabinet of the Prime Minister at the time.

MARTINEZ: And what role did you play in that?

THIAM:    Did I play? I was the minister in charge of

the mining sector, so I was in the committee that

negotiated presenting the mining sector. Minister of

Transportation represented his sector, etc.

MARTINEZ: Yeah.

00:08:11    THIAM:    But in the negotiations with CIF, I was one

of two main ministers going back and forth. The

minister of Segura was appointed as the lead

negotiator, and he was told to work with me. They were

5

USDOJ (          Fix)
DVD                1

watching over me, basically. So I was the technical
guy in it.

MARTINEZ: Okay. I'm sorry, what does that mean, when
you say technical guy?

THIAM:      I was the technical guy in terms of -- I'm
the guy who had enough technical skills to negotiate a
mining deal or a finance deal with an outside party,
or think of that structure. Come up with a structure
that makes sense.

MARTINEZ: Oh, okay. So actually, that's a fairly
significant.

THIAM:      Yeah, it's one of the -- as I said, I was
one of two main guys. There was a committee reporting
to us, etc.

00:09:08    MARTINEZ: What was Buba's (ph.) role as opposed to
yours, then? I mean, if you were the one that was
really negotiating the structure of the deal and kind
of the nuts and bolts of it, what was Buba (ph.)
doing?

THIAM:      We were negotiating -- I was the one -- I
was responsible for the structuring of it, for putting
the pieces together. And then Buba (ph.), once the
Prime Minister or the government approved what we
wanted to do, he was the lead negotiator with some

6



everywhere, in the whole process of putting it together. We did the trips together, etc. We met with some -- actually, he's, I think, the one who brought me to Sam the first time.

MARTINEZ: Okay.

THIAM:   I think he got the call. But he had met some before with that, etc.

MARTINEZ: Got it.

THIAM:   So then, he was then told to bring me in. But until then, I was under --

MARTINEZ: So if you were the technical guy that comes in and -- I mean, it sounds like what you said was you were the one with the ability to negotiate a mining contract, so to speak.

THIAM:   Yeah. Yeah, I was.

00:10:08   MARTINEZ: What did Buba's (ph.) -- what was his expertise? What did he bring to the equation, if anything?

THIAM:   He was a senior minister. Not in terms of expertise, but he's the one who has the Dasis (ph.) trust. He's the one who can say yea or nay, or if I propose something, if he should sit down, they just won't do it. I mean, he was -- I don't -- I mean, it was a team, and I think we have a good working

7

000185



relationship, so there was never -- and in the
beginning, everything I did, almost, they had Buba
(ph.) shadow me.

MARTINEZ: Sure.

THIAM:     So, yeah.

MARTINEZ: Okay, continue.

THIAM:     Where was I?

MARTINEZ: I think just in terms of negotiating.

THIAM:     Yeah. So we -- I came up with the idea to
push back against the attempts to do one of those
infrastructure for mineral deals that I saw
everywhere, and I cam up with the idea of creating a
JV and making sure that the JV invested in projects
and got the projects.

00:11:06   And if they are profitable, we would do a 70/30 profit
split. What else? So that's basically how it started,
and now how it ended. It was a series of back and
forths. We spent a lot of time going and looking at
airports he was building or factories.

MARTINEZ: Sam, you're going in a different --

THIAM:     Plans or real estate projects he developed,
etc.

MARTINEZ: In other countries?

8


THIAM:     In other countries, just to see, to get a
sense that he's for real, basically, and that he could
do it. It wasn't a fly by night thing.

MARTINEZ:  Okay. And so it wasn't till after where you
actually started to introduce him to other heads of
states?

THIAM:     Yeah. It's once we signed GDC and ADC, then
one in the ADC agreement, the model was to be repeated
elsewhere. Actually, at the end of my term, when
before the new government came, the World Bank and IMF
came to ask questions, etc., and they audited them.

00:12:09     And they asked us questions about this contract for
maybe five, six hours. Because of the difference
between what people were saying about it and what was
really in the contract. And at the end of those talks,
the head of the delegation from the World Bank asked
if we would cooperate with them for the World Bank to
try to repeat that model in other countries that had a
similar mining profile as Guinea.

MARTINEZ:  Okay. Give me one second. Okay.

9



00:13:17       Um, all right. So, um, so you ended up negotiating the

deal. It's signed. They began work on whatever it is

that they -- the plans you talked about, etc.

THIAM:    Yeah.

MARTINEZ: Okay. And after that, you started going with

Sam to other countries?

THIAM:    Other countries, yeah.

MARTINEZ: And introducing him to other heads of state

with the idea that --

THIAM:    We'd want to repeat ADC. But Guinea was now

a shareholder of ADC. So when ADC went to another

country, we didn't have a shareholder. Guinea has --

the government had a shareholder business. So the GDCs

were local, but ADC, I don't know if it's Singapore or

Hong Kong-based, is the one, the outfit that went to

other countries. And Guinea was a shareholder of ADC.

00:14:17       MARTINEZ: Okay. And how did those work out? How was

the --

THIAM:    None of them worked out. We did -- we saw a

lot of countries and spent some money in some

countries. It was a bit of a repeat of what happened

in Guinea, except that in most countries in Guinea, I

think, invested in more than they invested in others.

There's really no follow -- there's no good follow

10



USDOJ (          Fix)
DVD                1

through. You would come sprinkle some money or drop

some people, etc., start doing some work, and then

lose attention and move to the next country. And the

people behind it did not do the work. It turned out to

be a big mess, basically.

MARTINEZ: Okay. All right, let's flip over real

quickly to -- let's flip over to some of the payments

that ended up coming out of the -- so the Hong Kong

account, we talked about. Money coming in from Sam and

I guess other Sam-associated people. So you have

associated people we talked about Medem (ph.) and then

another.


00:15:20      Talk to me about 771.

THIAM:    771. Ah, Duderoc (ph.).

MARTINEZ: Yes, sir.

THIAM:    Okay.

MARTINEZ: So how did it come about that you purchased

that house?

THIAM:    Oh, it has nothing to do with some. I didn't

purchase the house. A business partner of mine

purchased it.

MARTINEZ: Okay. Who is that?

THIAM:    It was Akhil. Akhil Huessin from Mozambique.

11



MARTINEZ:  Okay, and how'd you meet him?

THIAM:     Oh, I met Akhil -- when did I meet Akhil? In
Dubai, through a mutual friend. I don't know, no, no.
No, we went to Dubai together. No, the first time I
met Akhil, actually, he was introduced by -- I'm not
sure who, actually. He came to Guinea.

00:16:22   MARTINEZ:  He was an investor?

THIAM:     With -- he said he was supposed to be an
investor. He came with some guys who lived in
Mozambique, and came. He was introduced to the
military apparatus, so the officers, etc., over my
head. And then he convinced them that he could do
miracles in the mining sector. And they basically
brought him to me, to the ministry, with an
instruction to try to work with him. And I think he
told me that he wanted to buy -- he had an investor
who wanted to buy the Russians out of Rusal, investors
from the Middle East, etc., and that he could bring
them in. And I was literally instructed to work with
him. So I sat him down. I said, "Listen, Rusal is not
far sale. The Russians, we have a dispute with them.
But it's not for sale. They are legally entitled to
stay here."

00:17:20   MARTINEZ: Right.

12


THIAM:      That's one. Two, we want them to stay here
because not only they owe us a lot of money, but they
have a big environmental liability on their hands, and
no investor would come and take on that liability. So
we need to keep them here so we can force them slowly
to start repairing the damage to the environment.

MARTINEZ:  Okay.

THIAM:      And I told him that he should go and look
for other opportunities. And then since I was
instructed to back him, I would back him. And then he
told me that -- well, he mentioned the Qataris. That's
before I went to Qatar. And then when I went to Qatar,
I realized that his Qatar game was not as strong as he
was saying. So that would have not seen the light of
day anyway. And then he came back with some Dubai guys
who had money and started looking at assets with them,
etc. He got a few permits.

00:18:19     He fell out with them, and then he came to me after I
left and asked if I could help him find investors for
his assets. And I agreed to work with him. I said,
"Okay, I'll pay -- I'll contribute my share of the
cost of the permits, and we'll do a JV. And when we
sell or when we find an investor, we both make money

13

000191



together." And we started working like that. We became

friends, etc.

MARTINEZ: Okay. What was the name of that joint

venture that you had with --

THIAM:    AMER.

MARTINEZ: AMER? Okay. Got it.

THIAM:    And after a while, what happened? Yeah. And

then in 2000, I forgot if it's '09 or '10, after the

collapse here and real estate prices were down, etc.,

we had a few business ventures together we felt could

make us money. We were very optimistic, etc.


00:19:16        And he told me that he wanted to buy real estate in

the US because it's cheap. He was talking about the

South. I don't know if it's North Carolina or Florida.

Friends of his had told him about it. And I told him,

"Listen, I vacation in an area in New York where real

estate prices really came down. If I had the money

today, I would buy. And I think if you buy now, it

will come back. And if you buy, if you want, I'll rent

it from you. And when the markets come back, if you

want to sell for half the money, I'll buy you out."

And we agreed. He purchased it. Actually, he signed a

power of attorney so that my wife would close the

14

USDOJ (  Fix)
DVD                    1

transaction here. And then when we -- and we agreed
that we would do whatever renovation work. We would
pay for it in return for a lower rent.

00:20:11    And then when we started doing the work, we found out
that the place was just a nightmare. It was a gut job.
And basically after sinking almost everything we had
in it, we stopped working. We stopped the work and the
house stayed basically unused or unusable for years.
We couldn't enjoy it. We started fighting over that
and other business ventures until the fights turned
pretty ugly between us.

MARTINEZ:  Between you and him?

THIAM:     And Akhil.

MARTINEZ:  And Akhil. Okay.

THIAM:     Because of some deals we did where
apparently, he was paid and kept telling me he wasn't
paid, so I didn't get my share. And then when I found
out from the payer that he had been paid, it turned
into a big mess, etc. And so we went through a very
nasty period. And then about two years ago -- I don't
remember. Two years ago, his family called him in and
said, "Listen, you have to go and fix this mess."

15



USDOJ (        Fix)
DVD        1

00:21:16     So they invited me to come to Dubai with their lawyer,
etc. We went. We really decided how to settle on
everything. We signed a new agreement claiming all our
business issues are recommitted to buying out the
house from him when I have the means. But in the
meantime, as I'm able to, I'll continue the
construction work, because the house was gutted and
saleable or anything. And so any time I had a bit of
cash, I put it in the house to move the work forward a
bit. But in the end, I'm hoping to be able to buy it
out from him one day.

MARTINEZ: Okay. So what was the -- he then purchased
the house initially?

THIAM:    He purchased the house, yes.

MARTINEZ: Okay. So explain to me the need to -- you
paid from $375,000 as a means of reimbursing the
initial down payment, right, to MacGregor (ph.)?

00:22:18     THIAM:    No, he paid. I didn't pay anything.

MARTINEZ: He paid $375,000, right, I think, for the
initial --

THIAM:    For the down payment, and then the balance
at closing, I guess, yes.

MARTINEZ: Okay. But --

16

000194


THIAM:    He didn't pay me. He paid. I didn't pay
anything.

MARTINEZ: Okay. But you paid him, though.

THIAM:    Who, Akhil?

MARTINEZ: Yeah.

THIAM:    No. He paid. I didn't pay him. He paid. I
don't remember paying him.

MARTINEZ: Well, I mean, there was a time, in fact -- I
mean, it was right when he bought the house, okay? He
put down the $375,000, and then his people instructed
you to make a wire in the same amount to a Malaysian
company called Pacific Interlink.

THIAM:    Okay.

MARTINEZ: You made that transfer.

THIAM:    Okay.

MARTINEZ: And then they reimbursed Akhil.

THIAM:    I don't remember that transaction. I don't
remember that at all, but it's possible if you say it.
But it could be --

MARTINEZ: Why would it --

THIAM:    It could be something else. But.

00:23:16    MARTINEZ: What would it have been?

THIAM:    I don't know. I don't remember it at all. I
don't remember it. But it could be -- Pacific

17



Interlink is the company we were working with that was supposed to pay us, etc. So that's one of our business partners. So I don't know. It could be some other business -- I don't know. I don't remember that link at all. At all.

MARTINEZ: Okay. Huh.

THIAM:   I mean, if I see the wires or whatever information, I might be able to remember, but --

MARTINEZ: Let me see if I can't pull up something quick. And then we can move on. But in the meantime, you talked about AMER, and that was a joint venture with Akhil then, and probably some --

THIAM:   Akhil and some others, and one (inaud.) and (inaud.) from Asia.

00:24:11   MARTINEZ: Okay. And that joint venture was formed when?

THIAM:   I remember 2011, I think.

MARTINEZ: Okay. And what's Upperside's involvement in that?

THIAM:   There's two Uppersides. One Upperside -- there's two Uppersides. I know one Upperside has nothing to do with AMER. And one was one of the assets that Akhil contributed to Amir.

MARTINEZ: You and Akhil?

18


THIAM:    So there's two. There's one that we put
together and we sold a share to a group of investors
from the UK and France and Lebanon, who basically took
it and ran with it. We were in a big fight with them.
I think it's being resolved now between lawyers.

00:25:08    They made an initial payment. It was a deal where they
were supposed to pay a small amount, take a majority
control of 65, 70 percent of it. And they were
responsible for investing in the development. And then
after they reach a certain threshold, if the asset,
the permit proves, as we hoped, then they owe us
another payment, etc. And then after the first
payment, they just walked away, basically, with the
asset and never paid. So that's one Upperside, if I
remember correctly. And so the 30-some percent
leftover besides that these guys did not take, we were
supposed to put into our -- I don't know if it was
ever done, but that's an asset we were supposed to
transfer into AMER, and it would have been part of
Amir's (ph.) portfolio. But I don't know if it was
ever done.

00:26:06    MARTINEZ: Okay. But Upperside did have a permit at
some point?

19



USDOJ (          Fix)
DVD          1

THIAM:     Yeah, most of them have permits, their
exploration permits.

MARTINEZ: Exploration permits, that I think you would
have signed off on under your -

THIAM:     Yeah.

MARTINEZ: Okay.

THIAM:     Yeah. It's -- I mean, as I told you, we
signed. I mean, at the time, the position was anyone
who wants the permits, you sign the permit because you
want to go underground doing research. You want the
private sector to spend the money on the research that
the government doesn't have.

MARTINEZ: Okay. And let me just make sure I understand
it clearly. So you signed off on a permit that was
directed to a company, okay, that was part of a joint
venture that you and --

THIAM:     It wasn't yet. It's when we agreed to do the
joint venture that he agreed to contribute a permit to
the joint venture.

MARTINEZ: Okay.

00:27:01     THIAM:     But it wasn't part of the joint venture when
he took the permit. There was no joint venture then, I
think, yet. And that one, as I said, Upperside -- my
memory's not too clear, but I think that was -- he cut

20



a deal with those French guys that defrauded him. So it's only 30 percent of the company that holds the permit because you're not allowed under Guinean law to transfer a permit. It's only (inaud.) to the one who is supposed to put to the (inaud.).

MARTINEZ: Okay. We're gonna switch gears again. Let's talk about Steinmetz, the infamous. What did he offer while you were in (crosstalk)?

THIAM:    He never offered me anything. He had no reason. You see, the thing is, people miscalculate things. There are people who had reason to offer me because their standing in the country was in jeopardy, or they needed something.

00:28:03    He was in a position where the private government had legally awarded him that permit. He was not in violation. He was doing his work. He was actually working faster than the others. And the only thing he needed is when he was under attack that the government or the ministry comes and makes sure that the law is applied. So he had no reason to pay anyone.

MARTINEZ: Well, you're talking to the guy that arrested Frederic Cilins.

THIAM:    Yeah. That's between him and Cilins.

21

000199



USDOJ ( Fix)
DVD 1

MARTINEZ: I suppose.

THIAM:    By the time I got there --

MARTINEZ: But I think somebody in your position, I find it interesting to hear you say that they legally obtained --

THIAM:    At the time of audit (ph.), the permit was legal at that time. Be careful. According to Guinean law, the permit was legally obtained. It was illegally seized. It was legally obtained according to the Guinean mining law.

00:28:55     And at the time of Cilins, his position was not the same. He did not have the permit legally in hand. When I came in, he had the permit legally in hand. It went through every single step required by the mining process to get to where he was. He had all the approvals and decrees, etc., etc. If you look at when I came in, when I looked at the status of all the mining projects that were that advanced or more advanced, he was one of maybe two where, from a strictly legal point of view, every step mandated by the Mining Code had been followed by the process they obtained the permit. Two companies. BHP Billeton (ph.). They had a stellar record. And BSGR.

22


00:29:50    And I mean, of all the big ones. I mean, you had
            smaller ones like Vale that (inaud.), Gak (ph.), etc.,
            who were compliant. But among the big ones, there were
            two that were 100 percent compliant.

            MARTINEZ: Now you said that because of this, he
            wouldn't have been in a position where he needed --

            THIAM:    Well, I don't know if it's because of this.
            What I'm saying is that he had no reason to offer -- I
            don't know what reason, so why he didn't offer me.
            Maybe he felt he could not offer me. Maybe he felt he
            would offend me. And I mean, he's a fairly cheap guy.
            Maybe he felt he didn't need to pay someone because he
            wasn't in a situation where he needed to pay. I don't
            know. But --

            MARTINEZ: Okay. Well, let's just go back real quick,
            because when I asked you before why you took a loan
            from Sam Pa and not Beny, you said, "Well, that's
            because Beny, he had a reason."

00:30:37    THIAM:    He wasn't -- he had the permit that he had
            spent money on and that had value on. He was in a big
            fight between him and Rio Tinto. Each of them would
            have had reason to influence me. It's just the
            relationship was not the same, and I became friendly

                                23


with him, etc., because he was doing his job
correctly. Actually, out of most of the miners, he's
one of the maybe three that were really doing serious
work in investing in the country. And but I mean, we
didn't have the type of relationship where I would ask
him for a loan. And compared to CIF, he had more of an
issue. I mean, he had more sway on -- he was at a more
advanced stage of the mining development process than
CIF. CIF was at the same level of -- you and I could
walk into the ministry today and write a request for a
permit or anything. We put it in.

00:31:38    Within two or three months, we'll have our permit.
Now, if we don't do the work on the ground and there's
an inspection, we lose it as easily. But getting the
permit is the easiest thing. It's a prospection
permit. It's the easiest thing to obtain, and it's
pushed very aggressively by the ministry, because once
again, they want as many people underground doing
prospection which the government doesn't have the
means to do. And without prospection, there's no
development there. So as another policy, they almost
throw permits at people. But we take them back very
easily as well, as long as it's a prospection permit.

24



USDOJ (                Fix)
DVD                          1

If the guy does not work on the ground, does not file his reports correctly, etc., there are rules. He's inspected. He's given a warning. If he doesn't comply, the permit is taken, put back in the portfolio, and whoever walks through the door with a request gets it.

00:32:37:     MARTINEZ: So now you did not -- what role did you play in negotiating the original contract of BSGR and the government?

THIAM:     Nothing.

MARTINEZ:  Nothing?

THIAM:     I came, it was signed. I came --

MARTINEZ:  What about the renegotiation?

THIAM:     They didn't have anything to renegotiate under me. There was no renegotiation. I mean, let me clarify, because sometimes 2008, the government finally owes the 50 percent retrocession of Rio. That's 2008. And I think late November or December, same year, it was awarded by decree too -- after a decision by the Cabinet, the full Cabinet, it was awarded to Beny Steinmetz. The process that BSGR followed to request that permit followed the mining law to the tee.

25



00:33:36        I think there were maybe or two other people who bid
for it. Out of the three, they were the most
qualified. It was granted to them. When I Came in,
that had been done completely. I mean, the
retrocession, all the back and forth between Rio and
the government, the negotiation, the in-fighting, Rio
playing games, the government finally deciding, okay,
since you're playing games, this is the half we take
from you because on this half, you need more work.
We'll leave with you the half where you need work,
etc. All that was done by the time I came. I had zero
decisions to make on BSGR when I came in. The only
thing I had to look at, when Rio Tinto came and
complained that their asset had been taken illegally,
I had to go and check and get legal advice, etc.,
etc., to check if that was true.

00:34:32        But at that stage, the asset was granted, the decree
was written. It was the highest level of decision in
the country, and it held power of law. Only a
presidential decree could undo that decree.
MARTINEZ: So at that point, they didn't need you for
either the negotiation or the structure of anything at
that point, right?

26

000204



USDOJ (███████ Fix)
DVD                    1

THIAM:     No, there was no negotiation or restructure.
That came later. That came later because it's a
different -- then they get to the next stage, where
now they have to engage with me. That's out. The
negotiation of the convention, then.

MARTINEZ: Maybe.

THIAM:     Yeah. That came later. You have a
prospection permit. You have about -- the first time
you have it, you have three years to do your work as
fast as you can. Because after three years, you have
to renew it. And in the process of renewing it, you
necessarily have to give back 50 percent.

00:35:31     MARTINEZ: Right.

THIAM:     It's the law. Then you renew it with one
half, and you go another two years, at which point if
you're still not in a position to prevent a
feasibility study and ask to negotiate a concession
this time, as opposed to a prospection permit, you
have to renew and relinquish another 50 percent. So
you -- basically, you're left with one quarter if you
haven't done enough work over five years. I think they
reached the point of renewal while I was there. The
renewal process is an automatic process. If you're not
ready with a feasibility study to negotiate a

27



USDOJ (███████ Fix)
DVD                    1

concession, you come, you present the government the
half that you want to relinquish. The company has that
choice. The government doesn't decide that. You
present a retrocession plan. The government basically
takes it.

MARTINEZ: Sure.

00:36:33    THIAM:    And then it will give it to someone else. So
during my stay, I don't remember exactly, but during
my stay, they finished the feasibility study on Sobota
(ph.), which is the first permit they had back in 2006
or something like that, where they discovered a big
deposit. So that one was not in dispute. So it's the
Sobota (ph.) concession that I negotiated, the one
that they were not in a fight with Rio Tinto on.

MARTINEZ: Okay.

THIAM:    That one, no one disputed their right on
that one. They did the work. They came, they presented
the feasibility study. The technical teams reviewed
it, said it's acceptable according to their standard,
and recommended that we engage in a negotiation for
their concession.

MARTINEZ: Okay.

THIAM:    Now the law says that the concession is
negotiated by a committee where -- I don't know how

28



many, five, six ministries are involved. Each sends
one or two people, finance, justice, transport,
mining, etc., environment, etc.

00:37:34   They each send one or two people. They are part of the
committee. The committee is named by a ministerial
decree or presidential decree, I don't remember. And
that's the committee that negotiates officially on
behalf of the government with the company. They sit in
a room and they hush it up until they come with a
consensus document. So it's a negotiated document,
because the government team negotiates with the
company, but there's also in-fighting between members
of the government team because the mining ministry's
priority is to see the mine be done.

MARTINEZ:  Sure.

THIAM:    So it will be interested in getting them
some tax breaks to make them work faster. Finance is
interested in collecting as many taxes, so they'll
push back. By the time they finish, it's really a
consensus document.

MARTINEZ:  Right.

00:38:27   THIAM:    They come and they present it to me, as the
Minister of Mines. We have a recommendation to go and

29

000207



USDOJ (          Fix)
DVD                1

present it to Cabinet. So I take their file, the
result of the negotiation. I go and present it to
Cabinet.

MARTINEZ: If it's feasible. If you find it --

THIAM:   Yeah, if I find it acceptable, yeah.

MARTINEZ: You have the authority at that point --

THIAM:   I can stop it.

MARTINEZ: To stop it.

THIAM:   But these guys are all 20, 30 years veteran
of Guinean mining. Unless I find something egregious,
and actually, it doesn't stop there. I look at it. If
it's acceptable to me -- actually, I send them back to
request more things once or twice. Once it was
acceptable to me, I went and presented it to Cabinet.

MARTINEZ: Okay.

00:39:17   THIAM:   Cabinet debates or votes. Actually, Cabinet
voted to go and ask for another concession from them.
I don't remember what it was. Two concessions. We went
back. They agreed to one. They didn't agree to the
other, but the other was a bit --

MARTINEZ: But am I correct in that the degree of
influence and the degree of involvement you had in
negotiating this CIF Sam Pa deal is very different
than --

30

000208


THIAM:     Completely.

MARTINEZ: Completely.

THIAM:     Yeah, because it's not -- this is a mining
concession. And the way it's negotiated is -- how do
you call that? -- is inscribed in the Mining Code in
the law. The CIF deal was a government -- it's a
strategic partnership between the government and
another entity. It's totally different. And it's not a
mining deal. The CIF deal was not a mining deal. The
CIF deal was a strategic partnership for a company to
come and invest in the country in partnership with the
government.

00:40:18     The government contributes what it has, permits.

MARTINEZ: Right.

THIAM:     And the company contributes what it has,
which is money and know-how.

MARTINEZ: Right. Much more expansive on this end. I
think that yeah, we're talking about concession versus
--

THIAM:     No, be careful, because this is real and
tangible. This is for the first, I'd say, three to
five years, this is very intangible, the CIF one. For
the first three to five years, it's like you and I are

31



going and asking for a permit. We really give you --
they really give us a permit in an area known to have
gold, for instance. Then you have to go and find
geologists, come and do surveys, bring equipment,
drill, etc. And 20 percent of the time, you find
something commercially viable. You get investors, they
come, they put in more, etc. And then you have
something of value.

00:41:12        So that's -- in this case, they had gone through all
that. It's 170 million dollars of that work was done.
CIF was asked, in the mining deal alone, to repeat
that on, I don't know, 10, 20-some permits that they
got. So they had a lot of time and money to invest
before they knew if it was valuable or not. So that's
the principal difference between the two. So I went
and I defended in front of Cabinet. I presented in
front of Cabinet. Cabinet voted, asked us to go and
get two more concessions from the company. We went.
The Company agreed to one. They didn't agree to the
other. The other was a bit -- I think it was a reach.
They didn't agree with the government. The Prime
Minister did not push hard on it because he knew it
was a reach. And then the government voted to sign.

32


00:42:09      When the government voted to sign, the Prime Minister
              instructed the Minister of Mining, which is me, and
              the Minister of Finance to sign. Those are the two
              joint signatures on the concession.

              MARTINEZ: On the --

              THIAM:     On the concession.

              MARTINEZ: So was it Sobota (ph.)? No, no.

              THIAM:     No, so yes, the concession, yeah. And then
              the concession is taken, I guess, to the President's
              office, and then there is a decree, a presidential
              decree, which is the final step to making the
              concession absolutely valuable. Now if there is a
              sitting Parliament, the law says that Parliament has
              to ratify the concession. The law that says that if
              there's no sitting Parliament, there's another
              document that has to be signed by the President to
              make it fully legal. So they went through that
              process, and they updated (ph.) it. That was Sobota
              (ph.). On Simandou, by the time I left, they were not
              done with their feasibility study. So I never had to
              negotiate or sign a concession on Simandou.

00:43:09      MARTINEZ: But that was the one they were really --

              THIAM:     After. That's the big giant.

                                    33



USDOJ (          Fix)
DVD          1

MARTINEZ: Yeah, absolutely. And you were kind of
useless to them at that point.

THIAM:    I was.

MARTINEZ: I see.

THIAM:    Where I was useful and I helped, that I
helped mightily, is when they negotiated their JV with
Vale. Because it's my role as minister to make sure
that someone who's developed a mining permit that far
has proven that there is value. They now need to go
and find, in most cases, a big strategic financial
partner to come with them, because that's maybe two or
three companies in the world can handle developing
that. So they came to us, and that's what the law
says, Article 62 of the Mining Code. Article 62 of the
Mining Code says that they have to inform us of their
intention to negotiate with a third party to bring
them in as an investor. And we have to consent.

00:44:08    The article is key because it's a mandatory step. But
it's tricky because at the same time, the government
really doesn't have the right to say no unless they
have a very, very strong reason. Informing is an
obligation. Accepting is almost automatic, unless
there's a strong -- so they came to us. They said, "We

34

000212



want to negotiate." I think the first group they
brought was the Libya Sovereign Wealth Fund. The
President gave his green light, and I was told to help
them to facilitate the thing with them. That broke
down. They came back with the second guys, who were
Chinese, I think. We gave them permission. It broke
down. They went to another Chinese company. The first
Chinese company sabotaged those talks.

00:45:07    So it was a stalemate. And we had them on the clock.
We told them, "Listen, one of the conditions of the
concession is that you have to develop this fast,"
because our review was -- it had been about 55 years
or 53 years by then that this iron ore was known to be
there. And for 53 years, no one has ever developed it.
And it's probably the only likely source of sufficient
revenue to get Guinea out of poverty. So our goal was
by the time we leave, to make a few projects
irreversible.

MARTINEZ: I see.

THIAM:    And we have to pick the most advanced and
most promising, and that was one of them. So we were
very aggressive pushing.

35



USDOJ ( ███████ Fix)
DVD                    1

MARTINEZ:  Okay. Let me flip, and again, this should be maybe one of the final things that we discuss here today. Let's move back to Segura and his company. When did you guys first hook up? When did you first get together with Alex Stewart International?

00:46:06    THIAM:    It's a similar thing as Sam Pa and I don't know who else. He came in, I don't know how. Probably Dadis (ph.), right, he come to Guinea.

MARTINEZ: He was there before you got there, or?

THIAM:    No, no, no, he came in while I was there, I was minister. But he didn't come to me. He came -- I think some guys brought him to Dadis (ph.), and the governor of the Central Bank, or something like that, some Israeli guys. And they were discussing several transactions. And he wanted to sign on that Alex Stewart contract for the -- how do you call that? Control of auditing and control of the quantities and quantities of minerals being exported. It's a very good way to get the government of a poor country to make sure that the quantities of minerals that the companies declare that they are exporting are accurate.

36

000214



00:47:06    And the technical specifications are accurate, because those are the two areas where usually companies cheat. The government has no way of knowing what they are doing, and that's where revenue is lost throughout the government. So anyone who has the means to pay them, because they are expensive, especially in the gold sector, tends to want them in. My friends in Mali told me they have used them. They were good. When I checked the pricing, we didn't have the budget for it, so I gave up the idea. And then one morning, or one afternoon, I don't know, they show up in my office with the government of the Central Bank and people from the President's office. They have come in through another route, and it looked like they were working on something with the Central Bank. I don't know if it's about assaying the gold or something like that. But a government entity with money basically, and the Minister of Finance, had brought them in.

00:48:02    So I saw a chance to have them pay for my use of Alex Stewart. And they were negotiating a contract, and I don't remember what the contract was. And it coincided with my big fight with the Russians. And all of the audit stuff the government of Guinea did on the

37



USDOJ (          Fix)
DVD                1

Russians in the past said that the Russians oversaw
1.5 billion. 1.5 billion, it was all over the place.
But it was always done -- all of them were done by
local or regional auditing firms. And I knew I could
not win the fight with Rusal locally. I mean, they
have been there. The chairman was quoted by saying
there's no problem in Africa that I cannot fix with 10
million dollars or 20 million dollars. He would have
bought himself out of any trouble I could create for
him legally locally. And I knew he was under pressure
abroad, so I decided to take the fight abroad.

00:48:59          But to take the fight abroad, I needed an audit that's
acceptable abroad. A judge in the UK or in the US has
to see that stamp and say, "Okay, this is credible,"
otherwise I would lose before I start. So while we
were sitting with Alex Stewart negotiating all these
other things with the Minister of Finance and the
Central Bank, I asked them how much would it cost for
them to do a very accelerated audit, because I had
three months to drop off the audit before a deadline
in London of the Rusal operations. And they came up
with a quote that was out -- to me, outrageous,
because I do have a budget. They said 3.5 million

38



dollars. I didn't have it, and I knew the budget would not give it to me. And since we had that strategic agreement with the Chinese, I asked CIF as part of our agreement to fund, to advance the 3.5 to Alex Stewart, and that we would repay it, I don't know. I don't remember the terms.

00:50:01   But there was a very clear contract that's in the files of the government.

MARTINEZ: Right.

THIAM:   And so CIF paid for Alex Stewart to conduct the audit. That's the audit that finally boiled the number down to 800 million dollars from the 2.5, 1.5. The numbers were all over the place, that they owed us. And that's the audit I took abroad to fight them, basically.

MARTINEZ: I see.

THIAM:   So that's when I met Alex Stewart for the first time.

MARTINEZ: Oh, or Segura?

THIAM:   And Segura, yeah.

MARTINEZ: Okay. So but what I -- now but CIF, or, I'm sorry, the Chinese, Sam Pa and his group, they were interested in the area that Rusal?

39


THIAM:    They were interested in everything. But I
mean, it was never a question of them getting it in
return for that. As I told you earlier, the last thing
we wanted, and especially me, and I had to convince
other members of the government that -- they were so
pissed at Rusal, they wanted to kick them out.


00:51:03    Dadis (ph.) was furious at them. But then he had the
public humiliation after Rusal represented there, etc.
Rusal, I mean, raped Guinea. There's no other way to
put it. However, they had about two billion dollars of
estimated environmental damage on the plant. They had
let the plant go into a state of disrepair. Any
investor that we tried to bring in not only would have
been very hesitant in investing in what it took to
refurbish the plant, but they definitely were not
gonna take on the two billion dollar liability,
environmental liability. So for me, it was not
realistic to try to replace Rusal.

MARTINEZ: Okay.

THIAM:    And that's something, I mean, I told
everyone who came and tried to achieve that.

00:51:55    MARTINEZ: Okay. Now can you explain to me, at some
point thereafter the audit, and after Sam Pa's group

40


paid Alex Stewart for the audit, there's a good deal
of money that flows then from Alex Stewart right into
your banks.

THIAM:     No. No. Impossible. After the audit?

MARTINEZ:  After the audit.

THIAM:     No, Alex Stewart never paid me a penny until
well after I was minister (inaud.), specific contracts
we signed, specific contracts. I did no business with
Alex Stewart before well after I left the government.
And the business I did with them is very specific with
countries, we have the contracts, etc., etc. I never
received a payment from Alex Stewart.


00:52:52    Actually, I paid the government, the ministry paid
Alex Stewart $750,000 out of 1.5 that they were owed,
and they never got the rest. So no, that's impossible.
I never received a penny from Alex Stewart until well
after I left the government, and it's on very specific
agreement. I don't know if it was Madagascar or Chad
or whatever we did. We have contracts in a few
countries. But very specific, fully documented where
it was done. And my fee was 90 percent or 15 percent
or whatever it was. And I received that money on a
monthly or quarterly basis, depending on the contract.

41



USDOJ (      Fix)
DVD     1

MARTINEZ: Hm. Okay. I'm gonna step out one last time. I think we'll probably get real close to concluding our time today with this. Be right back.

00:53:55    (Inaudible background conversation/silence until 00:56:11)

00:56:13    THIAM:    Do you know what time it is?

ENNESSNER:    It's going on 3:30.

THIAM:   Okay.

(Inaudible background conversation/silence until 00:56:49)

00:56:50    MARTINEZ: Okay, got it. Okay, sounds good. All right. Okay. We got one more document coming. We'll take two minutes to roll it before you and then we're out of here. And yeah, I guess let's just close that real quick. Yeah, let's take a look. All right. So this is a -- I'm sorry that it's got to be on this type of thing. This is for you to read that and become familiar.

00:57:35    THIAM:   Okay. (Inaud.)

MARTINEZ: Now you can scroll down a bit, and you'll see some other stuff that's a little more pertinent.

THIAM:     (Inaud.) So this is them sending them money, not me sending them money. (Inaud.) payment in the amount of (inaud.).

42



USDOJ (          Fix)
DVD         1

00:58:28       MARTINEZ: That's them telling you that.

THIAM:    Interesting. (Inaud.) There's more?

MARTINEZ: No, I think that's pretty much it.

THIAM:    Because I really don't recall none of this.
I don't remember what this is about. From Akhil to me.
Okay. If you will, please find attached this copy.
(Inaud.)

MARTINEZ: Do you recall that?

THIAM:    Not really. I mean, the amount sounds
familiar, but I don't remember me having to send
something.

00:59:24       MARTINEZ: Well, the date on there is very near the
time that the property was purchased. 7/1.

THIAM:    Mmhm.

MARTINEZ: So the way this plays out is they put down
the $375 for the house, and then you, on their
prompting, paid that same amount that went right back
to them.

**END OF AUDIO**

43



THIAM:    They paid for the full three million
something. So this $375 would be linked to something.
I don't know what, but it's --

MARTINEZ: I mean, it is in fact 10 percent of the
overall value of the -- I mean, it's a down payment.

THIAM:    Yeah, but -- sorry for delaying (inaud.).
Please find attached (inaud.) the amount, $375. Okay.
(Inaud.) for payment are below. I really don't
remember this. I don't remember paying it. And once
again, they paid close to four million dollars for the
property. So I don't know why I would pay them back.
If I paid them $375 for something else, it would not
be linked to the property. I cannot say more than
that.

MARTINEZ: Okay, well, again, I can tell you what --

00:00:53          THIAM:    I know what you think it was, but I can
guarantee you that that's a dead end. There's no -- I
mean, all the financial papers are there. I can get
Akhil to remind me or get whatever contracts we had. I
can document that very easily. That's the cleanest
transaction.

MARTINEZ: Well, sir, I think that --

THIAM:    I don't remember the details.

1



USDOJ (███████ Fix)
DVD 2

MARTINEZ: Okay. I mean, I believe you if you say that. If you say you don't remember it, can I just try -- would you mind just making sure that we can get into that with the (inaud.)?

THIAM:    Yeah.

MARTINEZ: Okay. Well, again, I appreciate you taking as long as you have to talk to us. We gotta get you over to the marshals so we can start going through the court proceedings. I would say it's not entirely my call, but unfortunately, like I say, yeah, some of that more proactive cooperation we talked about before is contingent on what you're saying is an interpretation and what I'm saying is in fact the law.

00:01:58    And so I don't think we're in a position right now where we're there. We're just not there.

THIAM:    Okay.

MARTINEZ: So we'll wrap it up here, get you over the to the marshals, and you'll have a chance to speak to a group called Pretrial. They're just gonna go over various things, bonds and that type of thing, but.

THIAM:    Okay, so can I call my lawyer, yeah?

MARTINEZ: Yeah, I think you can.

THIAM:    Okay.

2

USDOJ (  Fix)
DVD                              2

MARTINEZ: I'll give you (crosstalk).

ENNESSNER:     I'm just gonna start uncuffing him.

MARTINEZ: There you go. See what you can do there.

THIAM:     So I can explain to him what's happening,
I'm going where now?

00:02:39   MARTINEZ: You're gonna go to 500 Pearl Street. You're
gonna be in process with US marshals. You'll go for
your initial appearance. And then at the completion of
that, you guys will determine bail packages and all
that other -- whatever the -- whether you're remanded
on your own recognizance, or they'll (inaud.). I did
tell your wife to show up at 500 Pearl Street.

THIAM:     Okay.

MARTINEZ: And I told her to, depending on what your
bail package is gonna be, if you could all just be
ready some time today to be asked about the house and
all that stuff, so if she has any documents.

THIAM:     Hello, how are you? Well, I mean, not too
good, but listen, in fact, I'm being sent to the
marshals at 500 Pearl.

MARTINEZ: The Southern District of New York.

THIAM:     The Southern District. Can you hear me?
Okay. Right now, where are we?

3


00:03:37      MARTINEZ: We're at the FBI office, so 26 Federal

              Plaza.

              THIAM:    At the FBI office, 26 Federal Plaza. Yes.

              Now, yes. Yes. Hello? Hello, can you hear me? The line

              is bad, eh? I agreed to talk. I mean, I agreed to

              converse, so yeah, we talked. Mmhm. Okay. Okay.

              Excellent. 500 Pearl, hm?

00:04:41      MARTINEZ: Pearl, yes, correct.

              THIAM:    The US Southern District. Is it an

              arraignment?

              MARTINEZ: Yes.

              THIAM:    Yes, an arraignment.

              MARTINEZ: Initial appearance.

              THIAM:    Initial appearance and an arraignment, I

              guess. Initial appearance and an arraignment. Oh boy.

              Okay. Mmhm. Okay. Mmhm. Mmhm. I was aware that you

              called, and I told them I'm happy to continue talking.

              It was just a conversation.


00:05:37      But not that it's moving to another level. Hello?

              Hello? Hello? The line is bad. Hello? Hello?

              MARTINEZ: If you want --

              THIAM:    I'm disconnected.


                                  4



**USDOJ (            Fix)**
**DVD            2**

MARTINEZ: You can call him on the -- he knows what's

going on, right?

THIAM:    Yeah, but he's in Boston. He needs to make

arrange --

**END OF AUDIO**

5

# EXHIBIT E

# FILED

# UNDER SEAL

# EXHIBIT F

# FILED

# UNDER SEAL